# EXHIBIT A: Summons and Complaint

**Brendalis Roldan 1605 University Avenue, Apt 3D Bronx, NY 10453
718-717-6799 bodibalm24@gmail.com**

**Pro Se Plaintiff**

# SUPREME COURT OF THE STATE OF NEW YORK

**COUNTY OF BRONX**

**Brendalis Roldan,**
 Plaintiff,
 v.
 **Bronx Pro Realty / Unimac Developers LLC,**
 Defendant.

**Index No.: [_____]**
 **Action No.: [_____]**

---

## VERIFIED COMPLAINT FOR DISABILITY DISCRIMINATION, FAILURE TO PROVIDE REASONABLE ACCOMMODATIONS, AND RETALIATION

(42 U.S.C. §§ 3604(f), 3617, 12132, 12182, 29 U.S.C. § 794)

---

**Plaintiff:**
 Brendalis Roldan
 1605 University Avenue, Apt 3D
 Bronx, NY 10453
 718-717-6799
 bodibalm24@gmail.com

**Defendant:**
 Bronx Pro Realty / Unimac Developers LLC
 1605 University Avenue
 Bronx, NY 10453

Notary Public [Notary's Name] [Notary's Commission Number] [My Commission Expires: [Insert Expiration Date]]

## SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

Brendalis Roldan, Plaintiff,

v.

Bronx Pro Realty / Unimac Developers LLC, Defendant.

Index No.: [ *3297|2025* ]

Action No.: [                    ]

SUMMONS

To: Bronx Pro Realty / Unimac Developers LLC 1605 University Avenue Bronx, NY 10453

YOU ARE HEREBY SUMMONED to answer the verified complaint in this action and to serve a copy of your answer on the Plaintiff within twenty (20) days after the service of this summons upon you, exclusive of the day of service. If you fail to respond, judgment by default may be taken against you for the relief demanded in the complaint.

Dated: June 19, 2025

Bronx, New York

_____

Clerk of the Court [                    ]

2025 JUN 23 P 12: 37
OFFICE OF THE BRONX COUNTY CLERK RECEIVED

# I. NATURE OF THE ACTION

This is a civil action for **disability discrimination, denial of reasonable accommodations, and retaliation** in violation of the Fair Housing Act (42 U.S.C. §§ 3601 et seq.), the Americans with Disabilities Act (42 U.S.C. §§ 12101 et seq.), and Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794). Defendant systematically failed to accommodate Plaintiff's disability-related housing needs and retaliated against her for exercising her rights.

# II. JURISDICTION AND VENUE

Jurisdiction is proper under [state or federal jurisdiction, as applicable]. Venue is proper in this Court because the property at issue is located in Bronx County, New York, and the unlawful acts occurred therein.

# III. PARTIES

**Plaintiff:**
Brendalis Roldan is an individual with a qualifying disability as defined under the Fair Housing Act, ADA, and Rehabilitation Act, substantially limiting major life activities, and is entitled to reasonable accommodations.

**Defendant:**
Bronx Pro Realty / Unimac Developers LLC owns and manages the subject property and is responsible for ensuring compliance with all applicable state and federal disability rights laws as a housing provider receiving federal and state funding.

# IV. FACTUAL ALLEGATIONS
**Plaintiff's Disability and Need for Accommodation**

Plaintiff's physical disability substantially limits her mobility and daily functioning, requiring accessibility features and disability-related modifications. Medical documentation supporting these needs was provided to Defendant.

## Disability Accommodation Requests and Discriminatory Denials

### Dishwasher Request (Humiliation and Dismissal)

- Plaintiff requested disability-related accommodation (dishwasher) in a private meeting. Defendant's agent, Jenn, forced Plaintiff to make her request publicly, subjected Plaintiff to humiliation, denied the accommodation, and made demeaning remarks, violating 42 U.S.C. § 3604(f)(3)(B) and 42 U.S.C. § 12182(b)(2)(A).

- **Dishwasher Request and Humiliation:**
  On or about April- August 2009, Plaintiff visited the management office and specifically requested a private conversation with Jenn, the daughter of owner Peter, to discuss ADA accommodation for the installation of a dishwasher, medically necessary due to Plaintiff's disability. Instead of affording privacy, Jenn insisted that Plaintiff make her request in front of the entire office staff, causing Plaintiff severe embarrassment and humiliation.

- After Plaintiff made her disability-related request, Jenn responded in a dismissive and demeaning manner, stating that the company would not provide a dishwasher—even if Plaintiff paid the full cost herself. Jenn further suggested that Plaintiff should simply purchase paper plates and cups to avoid worrying about dirty dishes. These statements were not only disrespectful, but were also emotionally distressing and belittling to Plaintiff's dignity and disability needs.

- The following day, the building owner, Peter, personally visited Plaintiff's apartment and apologized for his daughter Jenn's remarks, acknowledging their inappropriateness and assuring Plaintiff that he would handle the installation of the dishwasher at the company's expense. However, this apology failed to remedy the emotional harm already inflicted by Jenn's conduct, and Plaintiff continued to experience distress due to the Defendant's ongoing failure to promptly and effectively address her reasonable accommodation needs as required by law. **See Exhibit A of the finally installed dishwasher by Peter owner.**

## Mail Tampering and Privacy Violations (2021–Present)

- Since 2021, Plaintiff's mailbox has been accessed without her authorization on multiple occasions. Plaintiff personally reported to Jenn, the manager, that she discovered mail missing from her box, mail that had been opened, and mail that was later taped shut and returned to her mailbox days after its initial disappearance. Had a meeting with Jenn concerning this matter on 1/12/2021. Instead of investigating or remedying these serious privacy breaches, Defendant's management improperly requested that Plaintiff authorize them to assume control over her mail—an offer Plaintiff found deeply troubling and an invasion of her privacy rights.

- Plaintiff also observed that the United States Postal Service carrier maintained an unusually close and informal relationship with the building superintendent, Mike. Plaintiff reported these concerns to management and specifically requested that Maritza take effective steps to secure her mail, as these incidents of tampering and unauthorized access persisted. January 2022 Plaintiff obtained a PO Box to secure mail from being stolen. **Please See Exhibit B**

- Despite these repeated reports and requests, Defendant failed to investigate or resolve the ongoing mail tampering. August 2022 had a 2nd meeting with Jenn with persistence of  missing mail and other concerns of an investigation being conducted on me by Marula supervisor. Followed up with an email to provide names of people the apt was being sold to. **Please See Exhibit B**. Rather than responding to my questions presented at a meeting about an unlawful investigation being conducted by the office, Jenn deleted her gmail account. Leaving Plaintiff further without answers or proper remedy, or investigation.  This neglect has jeopardized the security of Plaintiff's personal and legal correspondence, exacerbated her vulnerability as a tenant with disabilities, and demonstrated management's disregard for Plaintiff's rights and safety. **See Exhibit B**

## Walk-In Shower Request January 2021-Present

- In **January 2021**, Plaintiff submitted a written request, accompanied by medical documentation, seeking the installation of a walk-in shower in her unit as a necessary accommodation for her medical and mobility needs. Despite multiple

follow-up communications, management consistently offered only excuses and subjected Plaintiff to unnecessary delays and evasive responses. The request was never meaningfully addressed or fulfilled. **See Exhibit C**

o  Plaintiff submitted a written and medically supported request for an accessible walk-in shower. Defendant failed to act, while similarly situated tenants received prompt accommodations, evidencing discriminatory treatment under 42 U.S.C. § 3604(f)(3)(B) and 29 U.S.C. § 794i

o  This prolonged inaction left Plaintiff feeling abandoned and demonstrated a clear disregard for her rights under the ADA and Fair Housing Act. During the same period, **Plaintiff observed that another tenant like in Apartment 3B, who made an identical request for a walk-in shower, had her accommodation granted and installed promptly, in stark contrast to Plaintiff's experience.** This disparate treatment not only **deprived Plaintiff of an essential accommodation, but also exacerbated her feelings of discrimination, humiliation, and emotional distress.**

o  Plaintiff's ongoing inability to access a medically required walk-in shower has been reported to HUD and HPD, yet Defendant's failure to provide this accommodation continues to the present date. The refusal to act has caused Plaintiff ongoing harm and represents a blatant violation of federal and state disability rights law.

o  These persistent delays and lack of response left Plaintiff feeling abandoned and communicated a clear disregard for her legal right to an ADA accommodation. Despite Plaintiff's ongoing efforts and formal complaints to HUD and HPD, Defendant's failure to provide the requested accommodation continues to this day. Defendant's refusal to act not only deprives Plaintiff of a medically necessary modification, but also constitutes a continuing violation of her rights under federal and state disability law. **See Exhibit C**

### Pipe/Dishwasher Repair Denial (April 2022)

**April 21, 2022 – Pipe Repair Request and Denial of ADA Accommodation**

- o Plaintiff was denied necessary repairs to make an ADA accommodation (dishwasher) functional, in direct violation of 42 U.S.C. § 12182(b)(2)(A) and 29 U.S.C. § 794.

- o On or about April 19 2022 Plaintiff reported a significant leak under her kitchen sink to the building superintendent, Mike. While management acknowledged the need for repair, they explicitly refused to provide or install the necessary slip pipe that would restore water flow to the dishwasher—an appliance previously provided as a reasonable accommodation for Plaintiff's disability.

- o Despite clear evidence that the dishwasher was part of Plaintiff's ADA accommodation, management limited their repairs to the leak alone and declined to supply the component needed for the dishwasher to function. Mike, the superintendent, confirmed by text message that management would not provide the required pipe, knowingly depriving Plaintiff of a legally mandated accommodation. Mike the super temporarily taped up the pipe leak with blue tape and left Plainfi without the usage of the kitchen sink and dishwasher. **See Exhibit D**

- o Plaintiff understands, and the law provides, that once a disability accommodation is granted, management is responsible for ensuring its continued functionality. Defendant's failure to complete the repairs has left Plaintiff without hot water in her kitchen and unable to use the dishwasher, which is essential to her health. **See Exhibit D**

### Toilet Replacement with Inaccessible Unit

- o Defendant replaced Plaintiff's ADA-compliant toilet with a standard, non-accessible unit, causing physical pain and distress. On May 24, 2024, plaintiff notified Mike Super of the broken tank on the toilet. 9 days later —previously installed to accommodate her disability—was removed and replaced with a standard model on June 2, 2024

- o **Plaintiff immediately notified the building superintendent, Mike, of the urgent need to restore an ADA-compliant toilet.** Although Plaintiff received

verbal assurances that a proper replacement had been ordered, no compliant toilet has been installed to date.

○ As a direct result, Plaintiff has endured daily hardship, physical pain, and an ongoing risk of injury due to the lack of safe and accessible bathroom facilities. Defendant's failure to timely remedy this issue constitutes an ongoing denial of a reasonable accommodation, in violation of state and federal disability rights laws. This continuing failure has caused Plaintiff significant distress, diminished her quality of life, and deprived her of the ability to use her own bathroom safely and independently**. See Exhibit E**

## December 26, 2021 Unauthorized Distribution of Plaintiff's Apartment Keys and Violation of Privacy

○ At all relevant times, the building superintendent, Mike, maintained access to Plaintiff's apartment keys for emergency and maintenance purposes. However, Plaintiff discovered that Dec 26, 2021 **Mike had unlawfully distributed copies of Plaintiff's apartment  keys to other tenants in the building, without Plaintiff's knowledge or consent.**

○ Specifically, while Plaintiff was having breakfast at approximately @11:34 a.m  a neighbor from the fifth floor entered Plaintiff's apartment using a key she possessed. When questioned, the neighbor of how she got the key admitted that she had received the key from Mike super. Plaintiff subsequently learned that **multiple tenants had been given access to her apartment keys**, including house door keys, and mail key by the superintendent.

○ The unauthorized dissemination of Plaintiff's keys constitutes a **gross violation of Plaintiff's right to privacy and security in her own home**, and is especially egregious given Plaintiff's status as an individual with disabilities who is entitled to safe and secure housing under the Fair Housing Act, Americans with Disabilities Act, and Section 504 of the Rehabilitation Act (see 42 U.S.C. § 3604(f)(2), 29 U.S.C. § 794, 42 U.S.C. § 12182(b)(2)(A)).

- o   Defendant's failure to prevent such unauthorized access, and the ongoing risk to Plaintiff's safety and peace of mind, **created a hostile and unsafe environment**. This conduct further demonstrates Defendant's **deliberate indifference** and **retaliatory animus** in response to Plaintiff's repeated requests for accommodations and complaints about discriminatory and unsafe practices.

- o   As a direct result of this violation, Plaintiff suffered **significant emotional distress, fear for her personal safety, and loss of enjoyment of her home**—all in further violation of her rights under federal and state disability and housing laws. **See Exhibit  F . USB Video> Played upon request.**

### Retaliation and Police Involvement Following Reports of Theft and Safety Concerns

- o   On July 26, 2022, Plaintiff called 911 to report a stolen phone from her residence. During her interaction with responding officers, Plaintiff explained that she had experienced multiple incidents of missing items and stolen mail from her home. Plaintiff further advised the officers that her apartment keys had been distributed to management personnel and, without her consent, to others within the management office.

- o   Rather than investigating Plaintiff's report, the officers responded in a manner that escalated the situation and resulted in further trauma. In a shocking turn of events, Plaintiff was accused by the officers of hallucinating, placed in handcuffs, and involuntarily subjected to a psychiatric evaluation. Plaintiff was transported against her will and under great distress, despite presenting legitimate safety concerns and documented incidents of theft and unauthorized entry.

- o   This episode caused Plaintiff significant emotional trauma, humiliation, and fear, and further demonstrated the hostile and unsafe living environment perpetuated by Defendant's ongoing negligence and discriminatory practices. Defendant's failure to address Plaintiff's repeated complaints regarding theft, unauthorized access, and threats to her safety directly contributed to this outcome and exemplifies a broader pattern of retaliation and disregard for Plaintiff's rights as a tenant with disabilities.

- Police reports , Police report # 2022-28408 correspondence, and supporting documentation. In loom of requesting this foil report from POLICE DEPT I have been repeatedly denied these documents.

- This ongoing neglect and denial of critical amenities have seriously affected Plaintiff's mental health and peace of mind. The inability to access running water and an operable dishwasher created an unsafe and toxic living environment, marked by daily frustration, emotional distress, and a sense of betrayal. Defendant's actions further stripped Plaintiff of her right to feel safe and comfortable in her own home, solely because of her disability. **See Exhibit G**

## Fire/Carbon Monoxide Detector Removal ( June-August 2022)

- Defendant removed safety devices and refused to reinstall them despite Plaintiff's requests, putting Plaintiff and her child at risk and compounding the denial of a safe, accessible environment (42 U.S.C. § 3604(f)(2), 29 U.S.C. § 794).

- In 2022, Defendant removed essential safety devices—including fire and carbon monoxide detectors—from Plaintiff's apartment. Despite Plaintiff's repeated written and verbal requests for reinstallation, Defendant failed to restore these life-saving protections. The absence of these critical safety devices caused Plaintiff significant anxiety and persistent fear for her safety and that of her son.

- Living each day without the basic security provided by these devices left Plaintiff and her child in a state of constant fear and heightened vulnerability. This ongoing lack of safety features severely impacted Plaintiff's emotional well-being and peace of mind, making it nearly impossible for her to feel secure in her own home. **See Exhibit   H**

## Denied Emergency Safety Transfer (2024-2025)

- Plaintiff's request for a safety transfer (with court-issued Order of Protection) was ignored while other tenants received transfers, further evidencing discriminatory animus and retaliation.**July 2024 – Request for Emergency Safety Transfer**

In July 2024, Plaintiff submitted a formal request for a safety transfer due to serious threats to her safety, which was supported by a court-issued Order of Protection. Plaintiff complied with all necessary procedures, submitting the required safety documentation and completing all transfer forms as mandated. Despite these efforts, her request was inexplicably denied without any explanation or follow-up action from Defendant.

- ○ Further Denial **of Emergency Safety Transfer and Disparate Treatment**

- ○ Despite Plaintiff's repeated efforts and urgent requests for an emergency safety transfer—supported by documented concerns for her safety—Defendant inexplicably denied the request without any explanation, written response, or meaningful follow-up.

- ○ During this time, Plaintiff directly observed that other tenants, including individuals employed in law enforcement capacities, were promptly granted transfers under similar or even less urgent circumstances. This starkly disparate treatment illustrates Defendant's ongoing discriminatory practices and highlights the unequal, preferential treatment afforded to certain tenants over Plaintiff.

- ○ The denial of Plaintiff's emergency transfer request forced her to continue residing in close proximity to neighbors she had previously identified as threats to her safety—individuals she suspected of participating in the very acts that prompted her need for a transfer. This situation caused Plaintiff to live in persistent fear and distress, further compounding the emotional and psychological harm resulting from Defendant's actions and omissions.

- ○ Defendant's conduct constitutes unlawful discrimination and retaliation, depriving Plaintiff of equal access to a safe living environment and violating her rights under federal and state housing and disability laws. Transfer requests, correspondence, and supporting documentation. **See Exhibit I**

- ○ Plaintiff observed that other tenants, including law enforcement capacity personnel, were granted safety transfers under similar circumstances. This

disparate treatment demonstrates a **discriminatory practice** on the part of Defendant, highlighting the unequal treatment of Plaintiff compared to other tenants.

- ○ Defendant's continued failure to address Plaintiff's legitimate safety concerns caused **immense emotional distress.** The stress of living in an environment where her basic security needs were ignored resulted in a constant state of **fear and anxiety,** depriving Plaintiff of the peace and quiet enjoyment that every tenant is entitled to. This negligence not only violated Plaintiff's right to a safe living environment but exacerbated the emotional and psychological toll already inflicted by the Defendant's ongoing discriminatory practices. **Please See Exhibit I**

## Retaliation Following Federal Whistleblower Declaration (April 2025)

- ○ After Plaintiff's declaration as a federal whistleblower and submission of complaints to HUD and other agencies, Defendant escalated retaliation—denying accommodations, disabling key fob access, and interfering with Plaintiff's enjoyment of her home in violation of 42 U.S.C. § 3617.

- ○ April 2025: Declaration as Federal Whistleblower and Escalated Retaliation. In April 2025, Plaintiff formally declared her status as a federal whistleblower, submitting protected complaints to the U.S. Department of Housing and Urban Development (HUD), the New York State Division of Human Rights, and other relevant governmental agencies. These complaints detailed systemic ADA noncompliance, misappropriation of public funds, and discriminatory housing practices perpetrated by Bronx Pro Realty and Unimac Developers LLC. Immediately following this declaration, retaliation from Defendant escalated dramatically. Staff and management personnel at Bronx Pro Realty engaged in a deliberate and targeted campaign of obstruction, harassment, and intimidation against Plaintiff. This campaign included, but was not limited to:

- ○ Defendant's conduct constitutes a pattern of **willful retaliation,** violating 42 U.S.C. § 3617, which prohibits interference, coercion, or intimidation against individuals who exercise or assist in the exercise of their fair housing rights.

- These retaliatory acts, perpetrated by Bronx Pro's agents with full knowledge of Plaintiff's protected whistleblower activity, constitute **obstruction of justice**, suppression of civil rights, and a hostile housing environment. The intent behind these actions was to coerce Plaintiff into silence or removal from the premises, further aggravating the distress and harm already caused by the Defendant's initial unlawful conduct and intimidation against Plaintiff. This campaign included, but was not limited to: **See Exhibit J**

- **Deliberate interference** with Plaintiff's quiet enjoyment of her home;

- Increased **refusal to respond** to or remediate urgent privacy and safety concerns;

- **Dismissal and rejection** of ongoing demands for ADA-compliant repairs and basic safety features;

- 

  **Manipulation of access** to Plaintiff's unit and amenities, including disabling her key fob and refusing communication.

---

## Key Fob Disabling & Continued Retaliation (May 2025)

- Defendant disabled Plaintiff's key fob on multiple occasions, compromising her safety and ability to access her home, as retaliation for engaging in protected activity.

- **May 2025 – Complaint to HUD/HPD (Key Fob Disabling Incident)**
  In May 2025, after years of ADA requests being ignored and her needs continually disregarded, Plaintiff contacted the U.S. Department of Housing and Urban Development (HUD) and the New York City Department of Housing Preservation and Development (HPD) with a formal complaint letter. Rather than taking immediate steps to address the matter, Defendant continued its pattern of

retaliation, further endangering Plaintiff and putting her in unsafe conditions. The following incident illustrates the escalating retaliation: **See Exhibit K**

- ○ **Incident: Key Fob Disabling**
  On the afternoon of May 2025, at approximately 1:50 PM, Plaintiff exited the building but realized she had forgotten something upstairs. Upon attempting to re-enter the building, Plaintiff found that her key fob would not grant her access. She proceeded to the management office to report the issue, where the front desk representative informed her that "the system may be down." However, Plaintiff noticed that other tenants were able to enter the building without issue, suggesting the system was functioning properly for others.

- ○ When Plaintiff requested confirmation from the IT department, the front desk insisted on knowing Plaintiff's apartment number, a request that seemed illogical since a building-wide outage would not require a specific apartment number to be identified.

- ○ After an extended discussion, the front desk reactivated the key fob, revealing that Plaintiff's access had been deliberately and manually disabled. This action raised serious concerns about Defendant's ability to **arbitrarily control access** to Plaintiff's home, further undermining her security and privacy.

  **Continued Retaliation (May 2025):**
  Later that evening, Plaintiff's aide attempted to walk Plaintiff's dog but discovered the key fob had been disabled again. This was the second time on the same day that Plaintiff's access had been obstructed, despite management previously reactivating the fob. If Plaintiff had not reported the issue promptly, she would have been unable to access her home for the entire weekend, further exacerbating the stress and inconvenience caused by Defendant's actions.

## Pattern of Safety, Privacy Violations, and Retaliation:

Plaintiff emphasizes that this incident is part of a **worsening pattern** of safety and privacy violations, and ongoing retaliation. While previous privacy violations had been documented, Plaintiff refrained from pursuing every violation formally. However, this particular incident goes beyond mere inconvenience—it constitutes an escalating threat to Plaintiff's safety and privacy, as well as the safety of her son.

- Plaintiff believes these actions are a **direct and retaliatory response** to the complaints she has filed with HUD, HPD, and other agencies. These complaints sought to assert her rights, ensure her safety, and protect her family from the ongoing discriminatory practices and unsafe living conditions imposed by Defendant. **See Exhibit L**

# Reasonable Accommodation – Civil Rights & ADA

**Reasonable accommodation** means your landlord must take steps, at their own expense (unless it's an undue hardship), to make housing accessible to persons with disabilities. This is protected under:

**Fair Housing Act (42 U.S.C. §§ 3601 et seq.)**

**Section 504 of the Rehabilitation Act (29 U.S.C. § 794)**

**Americans with Disabilities Act (ADA), Title II and III (42 U.S.C. §§ 12131–12189)**

**Examples:**

Installing a walk shower

Repairs to ADA equipment

Allowing temporary modifications needed for medical equipment or recovery.

Adjusting rules/policies to accommodate disability needs (e.g., allowing a home health aide or flexible access for care workers).

---

# Delays and Denials: Direct Impact on Health

If the landlord's refusal or delay in providing these accommodations **prevents you from having needed surgery or medical care**, this is more than just an inconvenience—it can be a violation of your civil rights.

**The law requires timely, effective accommodations.**
See **42 U.S.C. § 3604(f)(3)(B)** (FHA: "refusal to make reasonable accommodations…when such accommodations may be necessary to afford [a person] equal opportunity to use and enjoy a dwelling.")

**Delays that cause harm or deny access are actionable.**
See, e.g., *Joint Statement of HUD and DOJ on Reasonable Accommodations*, at p. 7: "Undue delay in responding to a reasonable accommodation request may be deemed a failure to provide the accommodation."

---

## In summary:

Repeated delays by your landlord that result in postponing surgery or medical care may be **unlawful disability discrimination** and you have the right to demand prompt accommodation and seek legal remedies for harm suffered.

**This unauthorized distribution of keys constitutes a serious violation of Plaintiff's right to privacy, security, and safe enjoyment of her dwelling, and is particularly egregious in the context of Plaintiff's disability, which heightens her vulnerability.** Such conduct demonstrates Defendant's reckless disregard for Plaintiff's legal rights under:

- **The Fair Housing Act**, 42 U.S.C. § 3604(f)(2) (entitling persons with disabilities to full and equal use and enjoyment of their dwelling, free from practices that undermine their security and privacy);

- **Section 504 of the Rehabilitation Act**, 29 U.S.C. § 794 (requiring recipients of federal funds to ensure program access and protect against discriminatory or harmful practices);

- **The Americans with Disabilities Act**, 42 U.S.C. § 12182(b)(2)(A) (prohibiting exclusion, segregation, or unequal treatment by places of public accommodation).

Defendant's failure to safeguard Plaintiff's keys and privacy—**combined with ongoing ADA accommodation denials and retaliation**—created a hostile, unsafe, and intolerable housing environment, resulting in constant fear, emotional distress, and further loss of enjoyment of her home.

## V. CLAIMS FOR RELIEF

**First Cause of Action: Disability Discrimination—Fair Housing Act**

**(42 U.S.C. §§ 3604(f)(2), (f)(3)(B), and 3617)**

### First Cause of Action: Violation of the Fair Housing Act (42 U.S.C. § 3604(f))

Plaintiff realleges and incorporates by reference all the preceding paragraphs. Defendant has discriminated against Plaintiff on the basis of her disability by failing to provide reasonable accommodations as required by the Fair Housing Act. These failures include, but are not limited to, failing to install a walk-in shower, failing to replace the ADA-compliant toilet with an appropriate model, and failing to reinstall necessary fire and carbon monoxide detectors. The Fair Housing Act (42 U.S.C. § 3604(f)) expressly prohibits discrimination in housing based on disability and mandates that housing providers make reasonable accommodations to allow individuals with disabilities to fully enjoy their housing. Defendant's actions or inactions violate these provisions, subjecting Plaintiff to undue hardship and discrimination.

### Second Cause of Action: Violation of Section 504 of the Rehabilitation Act

Plaintiff realleges and incorporates by reference all the preceding paragraphs. Defendant's failure to provide reasonable accommodations constitutes discrimination under Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794. Section 504 prohibits discrimination by any entity receiving federal funding, including housing providers. Defendant, as a housing provider, is obligated to make reasonable accommodations for individuals with disabilities. By failing to meet Plaintiff's reasonable accommodation requests, Defendant has violated Plaintiff's rights under this provision, further exacerbating Plaintiff's physical and emotional distress.

### Third Cause of Action: Violation of the Americans with Disabilities Act (ADA), Titles II and III

Plaintiff realleges and incorporates by reference all the preceding paragraphs. Defendant's refusal to provide reasonable accommodations constitutes discrimination in violation of the Americans with Disabilities Act (ADA), Titles II and III, 42 U.S.C. §§ 12131-12189. Title II of the ADA applies to public entities, including landlords receiving federal funding, and Title III applies to private entities providing public accommodations, such as housing providers. By failing to provide the necessary accommodations for Plaintiff's disability, Defendant has violated both titles of the ADA, denying Plaintiff equal access to her living space and denying her basic rights as an individual with a disability.

### Fourth Cause of Action: Retaliation

Plaintiff realleges and,  incorporates by reference all the preceding paragraphs. Defendant

retaliated against Plaintiff for asserting her rights to reasonable accommodations under the Fair Housing Act, Section 504 of the Rehabilitation Act, and the ADA by subjecting her to continued harassment, denial of services, and discriminatory actions. Such retaliation is in violation of the Fair Housing Act (42 U.S.C. § 3617), which prohibits retaliation against individuals for asserting their fair housing rights. Defendant's actions, including but not limited to obstructing Plaintiff's access to her home and manipulating her key fob, constitute willful retaliation intended to silence Plaintiff and punish her for seeking to enforce her rights under the Fair Housing Act and other related statutes.

---

## VI. INJURIES AND DAMAGES

As a **direct and proximate result** of Defendant's actions, Plaintiff has suffered:

- **Physical injury, pain, and medical complications** from unsafe and inaccessible facilities.

- **Emotional distress, humiliation, anxiety, and loss of dignity.**

- **Loss of quiet enjoyment and safety of home, mental anguish, and deprivation of rights.**

- **Out-of-pocket expenses, including but not limited to medical costs and moving expenses.**

- **Retaliatory harm and fear for personal safety.**


- **Ongoing fear for her personal safety;**

- **Loss of privacy and security;**

- **Emotional distress and anxiety;**

- **Loss of enjoyment of her home.**

(See Exhibits A–[X]: Medical Records, Written Requests, HUD/HPD Complaints, Correspondence, Photos, and Witness Statements)

---

## VII. PRAYER FOR RELIEF

**WHEREFORE, Plaintiff respectfully requests that this Court:**

1. **Order Defendant to immediately install an ADA-compliant toilet and walk-in shower.**

2. **Order the reinstallation of all required fire and carbon monoxide detectors.**

3. **Enjoin Defendant from further discrimination and retaliation; require compliance with federal and state disability laws.**

4. **Award compensatory and punitive damages for physical, emotional, and mental harm, including pain and suffering and loss of enjoyment of life.**

5. **Award reasonable attorney's fees and costs, if applicable, pursuant to 42 U.S.C. § 3613(c)(2), 42 U.S.C. § 12205, and 29 U.S.C. § 794a.**

6. **Grant any other relief deemed just and proper.**

---

## VIII. DEMAND FOR JURY TRIAL

**Plaintiff demands a trial by jury on all issues so triable.**

---

**Dated:** [Insert Date]
 **Respectfully submitted,**

**Brendalis Roldan**
 **1605 University Avenue, Apt 3D**
 **Bronx, NY 10453**
 **718-717-6799**
 **bodibalm24@gmail.com**

**SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

----------------------------------------X Brendalis Roldan, Plaintiff,

**v.**

**Bronx Pro Realty / Unimac Developers LLC, Defendant.**

**Index No.: [Insert Index Number] Action No.: [Insert Action Number]**

**EXHIBIT LIST**

----------------------------------------X

| Exhibit Number | Description of Exhibit | Date of Document | Notes |
|---|---|---|---|
| **Exhibit A** | **Dishwasher Installed** | **2009** | **Provided to Defendant.** |
| **Exhibit B** | **Email correspondence regarding mail tampering issues** | **8/2022** | **Includes reports of unauthorized access.** |
| **Exhibit C** | **Written request for walk-in shower installation** | **1/9/2021** | **Accompanied by medical documentation.** |
| **Exhibit D** | **Text message confirming denial of necessary pipe repair for dishwasher** | **4/19/2021** | **Related to ADA accommodation.** |
| **Exhibit E** | **Documentation regarding toilet replacement with non-accessible unit** | **5/2024** | **Details of the incident and requests made.** |

| | | | |
|---|---|---|---|
| **Exhibit F** | **Evidence of unauthorized distribution of apartment keys** | **12/26/2021** | **USB Video statements and details.** |
| **Exhibit G** | **Police reports and correspondence regarding theft and safety concerns** | **7/26/2022** | **Includes documentation of police involvement.** |
| **Exhibit H** | **Requests for reinstallation of fire and carbon monoxide detectors** | **2022** | **Multiple requests made to management.** |
| **Exhibit I** | **Correspondence related to denied emergency safety transfer** | **7/2024** | **Includes supporting documentation.** |
| **Exhibit J** | **Documentation of retaliation following federal whistleblower declaration** | **4/2025** | **Details actions taken against Plaintiff.** |
| **Exhibit K** | **Incident report regarding key fob disabling** | **5/2025** | **Evidence of ongoing retaliation.** |
| **Exhibit L** | **Complaints filed with HUD and HPD** | **6/2025** | **Correspondence regarding complaints.** |

**Total Number of Exhibits: [Insert Total Count]**

**Dated: 6/19/2025**

**Bronx, New York**

**Brendalis Roldan 1605 University Avenue, Apt 3D Bronx, NY 10453 718-717-6799 bodibalm24@gmail.com**

**Pro Se Plaintiff**



**Mike Super**

Monday, February 28, 2022

Good Morning Mike I really
need the mail box fixed.
Can you check to see the
problem ?
10:16 AM

Yesssssss I will when the
mailman comes
11:24 AM

11:30 AM  Thanks

Ur Welcome  12:00 PM

Wednesday, March 2, 2022

GM were you able to fix my
mail box?
11:03 AM

Good morning Brenda you
may need a spring for the
mailbox but I put some
WD-40 but I need someone
to try with the key
11:05 AM

Okay I'll be there tomorrow
morning.
11:06 AM

< Maritza Postal

Friday, April 8, 2022

Good Morning. What day did you mail out the packages of mail? I still have not received it

10:43 AM

Just got it. Thank you. You the best

11:50 AM

Sunday, April 17, 2022

Hi Mari. Hope you had a good weekend. Mama can you please send me what ever mail I have this week. ? Thanks.

9:58 PM

Happy easter 🐰
Yes ill send you what you have

9:59 PM

Thank you Chula  I sent this now because I would have ended up forgetting. For for the late call. Thanks lady.

10:00 PM

Friday, April 22, 2022





 **Gmail**

**Brendalis <bodibalm24@gmail.com>**

---

## Fwd: USPS PO Boxes - Renewal Payment Due
1 message

**Brenda Rivera <brenlis101216@gmail.com>**
To: bodibalm24@gmail.com

Fri, May 30, 2025 at 7:09 AM

-------- Forwarded message --------
From: <donotreply@usps.com>
Date: Sat, Dec 10, 2022, 2:50 AM
Subject: USPS PO Boxes - Renewal Payment Due
To: <BRENLIS101216@gmail.com>

Dear BRENDALIS ROLDAN:

This is a friendly reminder that your Post Office Box renewal fee of $108.00 for the PO Box listed below is due by 12/31/2022.

PO Box:               789
Post Office location:  2024 JEROME AVE
                       BRONX, NY 10453

Your options for making a payment are:

- Pay Now: sign in to usps.com and access your PO Boxes Online account to make a one-time payment.
- Pay at a self service kiosk (SSK): you can find an SSK at Find a kiosk or by downloading the USPS mobile application at http://www.usps.com/mobile/info.htm.
- Pay by mail: send a check or money order payable to "U.S. Postal Service" to the Postmaster where your PO Box is located. [Include your PO Box number on the face of the check]
- Pay in person: pay at the Post Office where your PO Box is located using cash, check, credit card, or debit card.

**Note:** Caller Service customers can only pay **in person** or **by mail.** Caller Service receipts will be provided at the caller service pickup window.

If we have not received your payment by the 10th day after the due date, your PO Box service will be terminated and all incoming mail will be returned to senders. To reopen your box, you would need to pay in person and, in addition to any unpaid box fees, you may be assessed a lock change or handling fee. To avoid this inconvenience and this extra cost, we encourage you to renew on time.

Take the stress out of remembering to make your next payment by signing up for our Automatic Renewal payment program. It's free, it's fast, and it's easy! To do so, go to www.usps.com/poboxes, select "Rent or Renew a PO Box" and then sign in to your account.

**New!...** At your location, at least one of the following enhanced services is available: Real Mail Notification (receive email or text when new mail is in your box), Street Addressing (allows private carrier package delivery) and Signature on File (easy pickup for some signature items). There is **no extra charge** for these enhancements. Visit your Post Office to sign up for these services today! These services do not apply to Caller Service and Group E Box customers.

*You are receiving this renewal email because you provided an email address at the time you applied for your PO Box. These renewal emails will continue (annually or bi-annually) unless you want them to be discontinued. Please visit the Post Office where your PO Box is located, or send an email to the Internet Customer Care Center at uspstechnicalsupport@mailps.custhelp.com to stop receiving these email reminder notices.*

**Please do not respond to this system-generated email.**
If you need assistance with PO Boxes Online, please visit USPS Help or Contact Us.

Thank you for choosing the United States Postal Service. We appreciate your business.



## ıpartments sold

messages

**renda Rivera** <brenlis101216@gmail.com>
ɔ: jenne@bronxprogroup.com

Wed, Aug 17, 2022 at 8:34 PM

Jennifer

Hope this email helps narrow down your search for your staff members capitalizing on your property.

Lina Duran

Sara Molina

I'll have more up dates as things develop.

Best Brendalis Roldan #3D

---

**renda Rivera** <brenlis101216@gmail.com>
ɔ: jenne@bronxprogroup.com

Sat, Aug 20, 2022 at 7:09 AM

Lina Duran also know as Rosalina Mieses.
[Quoted text hidden]

## Apartments sold

1 message

**Brenda Rivera** <brenlis101216@gmail.com>                                    Wed, Aug 17, 2022 at 8:34 PM
To: jenne@bronxprogroup.com

Jennifer

Hope this email helps narrow down your search for your staff members capitalizing on your property.

Lina Duran

Sara Molina

I'll have more up dates as things develop.


Best Brendalis Roldan #3D

**Festivals at Hayden lord park**
message

postmaster@bronxpro.onmicrosoft.com>
To: brenlis101216@gmail.com

Wed, Oct 26, 2022 at 12:34 P

 Office 365

Your message to jenne@bronxprogroup.com **couldn't be delivered.**

## jenne wasn't found at bronxprogroup.com.

| brenlis101216 | Office 365 | jenne |
|---|---|---|
| **Action Required** | | Recipient |
| Unknown To address | | |

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.10 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

## More Info for Email Admins

*Status code: 550 5.1.10*

This error occurs because the sender sent a message to an email address hosted by Office 365 but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Recipient has a valid license** - Make sure the recipient has an Office 365 license assigned to them. The recipient's email admin can use the Office 365 admin center to assign a license (Users > Active Users > select the recipient > Assigned License > Edit).

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 5.1.10 in Office 365.

## Original Message Details

| | |
|---|---|
| **Created Date:** | 10/26/2022 4:34:31 PM |
| **Sender Address:** | brenlis101216@gmail.com |
| **Recipient Address:** | jenne@bronxprogroup.com |
| **Subject:** | Festivals at Hayden lord park |

## Error Details

| | |
|---|---|
| **Reported error:** | *550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient jenne@bronxprogroup.com not found by SMTP address lookup* |
| **DSN generated by:** | DM6PR03MB5194.namprd03.prod.outlook.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 10/26/2022 4:34:44 PM | | mail-oa-f50.google.com | **SMTP** | 13 sec |
| 2 | 10/26/2022 4:34:44 PM | mail-oa1-f50.google.com | MW2NAM12FT072.mail.protection.outlook.com | **Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384)** | * |
| 3 | 10/26/2022 4:34:44 PM | MW2NAM12FT072.eop-nam12.prod.protection.outlook.com | MW4PR03CA0329.outlook.office365.com | **Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384)** | * |
| 4 | 10/26/2022 4:34:45 PM | MW4PR03CA0329.namprd03.prod.outlook.com | DM6PR03MB5194.namprd03.prod.outlook.com | **Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384)** | 1 sec |

## Original Message Headers

```
Received: from MW4PR03CA0329.namprd03.prod.outlook.com (2603:10b6:303:dd::34)
 by DM6PR03MB5194.namprd03.prod.outlook.com (2603:10b6:5:24c::9) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.5746.23; Wed, 26 Oct
 2022 16:34:45 +0000
Received: from MW2NAM12FT072.eop-nam12.prod.protection.outlook.com
 (2603:10b6:303:dd:cafe::bc) by MW4PR03CA0329.outlook.office365.com
 (2603:10b6:303:dd::34) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.5746.28 via Frontend
 Transport; Wed, 26 Oct 2022 16:34:44 +0000
Authentication-Results: spf=pass (sender IP is 209.85.160.50)
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com;dmarc=pass action=none header.from=gmail.com;
Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 209.85.160.50 as permitted sender) receiver=protection.outlook.com;
 client-ip=209.85.160.50; helo=mail-oa1-f50.google.com; pr=C
Received: from mail-oa1-f50.google.com (209.85.160.50) by
 MW2NAM12FT072.mail.protection.outlook.com (10.13.180.250) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
```

Received: by mail-qt1-f60.google.com with SMTP id 3586e51a60fabf-13ba9a4430cso1206185018c.11
        for <jenne@bronxprogroup.com>; Wed, 26 Oct 2022 09:34:43 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20210112;
        h=to:subject:message-id:date:from:mime-version:from:to:cc:subject
         :date:message-id:reply-to;
        bh=f2CvA+TfamidV5ofdbOLn8SKo+w4CPSI+00Z1/x1VtA=;
        b=QnR+IfNp6tV4rYNfZrlZewpn9qk/9/hCCo1JbFkiwooIXXnKDaWURpYWE3m+VgqYtl
         wec688frxuW/dy+Rs8BzU4pTKwbLgV4se3WYptnAtuAU3mlukuxyjIZFtWfqGCZOuxi4
         kXKzOwlnKfiVD7d8GA7KQfkW1E5qzCvucREayPf1WsBJ3Ge83XAjF5d7m601k4RBLEGs
         1QISs8YNjMozWbDml2gDHxZfaWYT8OTD1+7xwwORGxGZqyzhOjuG+2xctfmHEeHgZ7oh
         LXmWOim/BjTF9vtwh+G26GezdVBPcAZj3ACOI3HmOx4S98RMCNtxfLe2RGcNliX/miun
         gbKg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20210112;
        h=to:subject:message-id:date:from:mime-version:x-gm-message-state
         :from:to:cc:subject:date:message-id:reply-to;
        bh=f2CvA+TfamidV5ofdbOLn8SKo+w4CPSI+00Z1/x1VtA=;
        b=hzmT80F30lcJgn8y1kbHbaL4ll0oTjuaAaWqv/oqsVjfuFqBe6FaNUCz4shdmhIyDC
         N8TiKZfOxlspBHnWpccf8WbbF6crFGckAxxUnCW695mUHvbOoqj/ywiHBtHrwHXi5ThWd
         LBccF9k4Up6pP0n9ZGJ34twKOAZpLhpOYw8XiU7wjOk5T3fYW1Svd2I9hdJrkB3GhexY
         Sy32+4rSAqiS8STtlt9aWwAs95v8H2J1BoH7GW3T0HfEXWdhj7kTiPdhOf1EptgGqC2w
         nkIi+sRqi03DzZqp3StT6mb4bp7hAXGF64KeeYrLfnku0xU9r8al2VFjjk6W+DbWWcez
         tBCw==
X-Gm-Message-State: AcrzQf39XxX4ug3BDouD5TAi5Kci1XQMjVKi5xyTcsmm+gKZ9Y8zdMci
        W1kWhvPNyOxQvVqcDuJWGixCD8TWOVx+ZALB+EZcEo6
X-Google-Smtp-Source: AWsMyW5qdwd9zOzocGTpNPwjoEgOO2ew9B4C/tSVaYORpYO93VGkf8A1/9AJHDZ4YWeJY//
        A9hs9nWxVdSkz8ZmkLU=
X-Received: by 2002:a05:6870:a997:b0:12a:e54e:c8ee with SMTP id
        ep23-20020a056870a99700b0012ae54ec8eemr2650295oab.172.1666802083148; Wed, 26
        Oct 2022 09:34:43 -0700 (PDT)
MIME-Version: 1.0
From: Brenda Rivera <brenlis101216@gmail.com>
Date: Wed, 26 Oct 2022 12:34:31 -0400
Message-ID: <CAJbEkULpZekfhu6PyEV8vq=26GYAQfCUOvyXEKJQ=yj5kW54JQ@mail.gmail.com>
Subject: Festivals at Hayden lord park
To: jenne@bronxprogroup.com
Content-Type: multipart/alternative; boundary="00000000000013b91b05ebf29a30"
Return-Path: brenlis101216@gmail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 57f95a47-457c-4e2b-8ba2-e9bf8a59288d:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: MW2NAM12FT072:EE_|DM6PRO3MB5194:EE_
X-MS-Office365-Filtering-Correlation-Id: 22daf9ee-2b83-4630-bf4f-08dab76ffd36
[Quoted text hidden]

 Gmail

Brendalls <bodibalm24@gmail.com>

## Fwd: Reasonable accommodation to bathroom

**Brenda Rivera** <brenlis101216@gmail.com>
To: bodibalm24@gmail.com

Fri, May 30, 2025 at 6:49 AM

———— Forwarded message ————
From: **Brenda Rivera** <brenlis101216@gmail.com>
Date: Sat, Jan 9, 2021, 11:30 AM
Subject: Reasonable accommodation to bathroom
To: Jomo Mclean <jmclean@bronxprogroup.com>

Dear Mr. Mclean

I writing you to inform you that I will be having surgery mid February. As a result I am asking for a reasonable accommodation. With several surgeries I have had, I am facing difficulties getting in and out of the bath tub.

Turns out I will need a walk in shower to comfortably able to shower and get in and out of the shower with a wheelchair.

The attachment below is the hospital social worker if there is anything you need from her.

 Gmail

**Brendalis <bodibalm24@gmail.com>**

---

## Fwd: Reasonable accommodation to bathroom

**Brenda Rivera** <brenlis101216@gmail.com>
To: bodibalm24@gmail.com

Fri, May 30, 2025 at 6:49 AM

——— Forwarded message ———
From: **Jomo Mclean** <Jmclean@bronxprogroup.com>
Date: Sun, Jan 10, 2021, 12:00 PM
Subject: RE: Reasonable accommodation to bathroom
To: Brenda Rivera <brenlis101216@gmail.com>

Thank you. I will communicate this to management. However, in your email correspondence always include your full name, building number and unit number along with your telephone contact. This helps when I have to forward the letter or email to management. Can you resend with the information mentioned

Jomo Mclean
[Quoted text hidden]

 Gmail

Brendalis <bodibalm24@gmail.com>

---

## Fwd: Reasonable accommodation to bathroom

**Brenda Rivera** <brenlis101216@gmail.com>
To: bodibalm24@gmail.com

Fri, May 30, 2025 at 6:50 AM

———— Forwarded message ————
From: **Brenda Rivera** <brenlis101216@gmail.com>
Date: Tue, Jan 12, 2021, 3:51 PM
Subject: Re: Reasonable accommodation to bathroom
To: Jomo Mclean <jmclean@bronxprogroup.com>

Hi Mr. Mclean

I am following up on the matter for reasonable accommodation. Have you been able to discuss management? My social is waiting on Bronx Pro to reach out to her. I am having surgery on Feb 17th and dont want management to drag their feet with this matter.

Thanks
Brendalis

On Sun, Jan 10, 2021, 2:50 PM Brenda Rivera <brenlis101216@gmail.com> wrote:
  Brendalis Roldan
  1605 apt 3D University Ave, Bronx, NY 10453
  [Quoted text hidden]

# Medical letter

10 messages

---

**Brenda Rivera** <brenlis101216@gmail.com>
To: Jomo Mclean <jmclean@bronxprogroup.com>

Tue, Jan 26, 2021 at 1:27 PM

Good morning

Please see attached.

---

**Jomo Mclean** <Jmclean@bronxprogroup.com>
To: Brenda Rivera <brenlis101216@gmail.com>

Wed, Jan 27, 2021 at 10:49 AM

Greetings. Feel-free to give me a call regarding this email. Thanks for forwarding the letter. However, the letterhead name is cut-off and it is showing blurry at some part of the letter. Could you have the doctor fax the original letter to the attention of

Laura Calvo

Bronx Pro Group Resident Services Unit

Bronx Pro Group

1605 Dr. Martin Luther King, Jr. Boulevard

Bronx, New York 10453

Or if you have the original letter, bring it to my attention on Friday when I am at the office on 01.29.21 (Friday). Please call me to say you are bringing the letter down @12pm-that is my lunch break time. We do not see tenants on Fridays, except for me on Tuesday's, I am at the 1491 Montgomery Avenue between West 174th and 175th Street. My next time at that office is on 2.02.21.

However, I will inform Ms. Calvo to look out for this fax. Please prioritize.

Jomo Mclean

[Quoted text hidden]

---

**Brenda Rivera** <brenlis101216@gmail.com>
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Wed, Jan 27, 2021 at 11:20 AM

She is able to fax it back to me today so you can receive a clear copy. Once the original letter arrives ill give you that as well.

Best Regards

Brendalis
[Quoted text hidden]

---

**Jomo Mclean** <Jmclean@bronxprogroup.com>
To: Brenda Rivera <brenlis101216@gmail.com>

Wed, Jan 27, 2021 at 11:25 AM

Yes. Acknowledged. Which of the phone numbers do received calls on? I tried calling and leaving messages to you but to no avail.

**HSS**

Hospital for Special Surgery
535 E 70th St
New York, NY 10021-4823
Phone: 212-774-7501 Fax: 212-606-1577

January 20, 2021

Brendalis Roldan
1605 University Avenue
Apt 3d
Bronx NY 10453

To Whom It May Concern

Ms. Roldan has rheumatoid arthritis and is unable to stand for long periods or ambulate without assistance. Because of this she needs a walk in shower installed for her well-being and safety. Thank you for your understanding.

Sincerely.

*Jessica Berman*

Jessica R Berman, MD

 Scanned with MOBILE SCANNER

Brenda Rivera <brenlis101216@gmail.com>                                    Wed, Jan 27, 2021 at 11:28 AM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Feel free to contact at 1917-607-7001.
[Quoted text hidden]

---

Jomo Mclean <Jmclean@bronxprogroup.com>                                    Wed, Jan 27, 2021 at 11:45 AM
To: Brenda Rivera <brenlis101216@gmail.com>

Thanks.

[Quoted text hidden]

---

Brenda Rivera <brenlis101216@gmail.com>                                    Wed, Feb 24, 2021 at 9:24 AM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Good morning

Have you heard back from Bronx pro regarding the bathroom? I have not had anyone contact me.

[Quoted text hidden]

---

Jomo Mclean <Jmclean@bronxprogroup.com>                                    Wed, Feb 24, 2021 at 10:54 AM
To: Brenda Rivera <brenlis101216@gmail.com>

Pleasant good morning to you. Thanks for following-


However, kindly note that the letter which was forwarded to my attention thereafter was forwarded to property management.  I will
discuss your concerns with Ms. Laura, the resident services director. Finally, I will call you by phone in a separate correspondence.

[Quoted text hidden]

---

Brenda Rivera <brenlis101216@gmail.com>                                    Wed, Feb 24, 2021 at 4:09 PM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Sounds good, thank you.
[Quoted text hidden]

---

Brenda Rivera <brenlis101216@gmail.com>                                    Mon, Jun 2, 2025 at 6:36 AM
To: bodibalm24@gmail.com

[Quoted text hidden]



# Medical letter

message

**Brenda Rivera** <brenlis101216@gmail.com>                    Wed, Feb 24, 2021 at 9:24 AM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Good morning

Have you heard back from Bronx pro regarding the bathroom? I have not had anyone contact me.

[Quoted text hidden]



# Medical letter

message

**Jomo Mclean** <Jmclean@bronxprogroup.com>                                    Wed, Feb 24, 2021 at 10:54 AM
To: Brenda Rivera <brenlis101216@gmail.com>

Pleasant good morning to you. Thanks for following-

However, kindly note that the letter which was forwarded to my attention thereafter was forwarded to property management.  I will discuss your concerns with Ms. Laura, the resident services director. Finally, I will call you by phone in a separate correspondence.

[Quoted text hidden]

## Case Need Update

1 message

**Jomo Mclean** <Jmclean@bronxprogroup.com>
To: brenlis101216@gmail.com <brenlis101216@gmail.com>

Tue, Apr 6, 2021 at
11:41 AM



Pleasant morning. Kindly provide an update regarding your HRA OSD. Also, status of the accommodation request made. I do not have an updated number for you.

I will truly appreciate your response. I hope you and your family are well.

Jomo Mclean

JKM

Case Manager

Bronx Pro Group Resident Services Unit

646-772-7619



## Case Need Update

message

**Brenda Rivera** <brenlis101216@gmail.com>
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Tue, Apr 6, 2021 at 1:46 PM

Hi Homo

I am paying my arrears off myself. No one has even mentioned anything about the reasonable accommodations. These are the numbers where I can be reached. 9176675375 or 9176077001.
[Quoted text hidden]

8:28 🔲 ∞ ☁ ▶                    ⏱ 📶 4% 🔋

← **Mike Super**   
   +1 929-502-0502

Monday, April 19, 2021 (Today)

> Can't talk, text me.
>
> 12:25 PM

Hello are you home now
                    12:26 PM

> Yes.
>
> 12:26 PM

> Hi Mike I thought when you came
> upstairs earlier and you were calling
> me that you were trying to contact me
> for the pipes underneath the kitchen
> sink

> Do you have any status on that for me

5:14 PM

Good evening yes I was calling
you the other day last week to
tell you that they aren't going
to replace that  same pipe
that you have connected to
your dishwasher. They are only
installing a straight pipe to the
connector to the other pipes.
                        5:40 PM

> Thank you for this information. Why
> aren't they repairing the pipes the make
> their pipe whole again???

5:54 PM

Enter message              +          ᪐᪐᪐



# Text message
1 message

**Brenda Rivera** <brenlis101216@gmail.com>
To: Jomo Mclean <jmclean@bronxprogroup.com>

Mon, Apr 19, 2021 at 8:29 PM

Attached is a text message between Mike and I .



📉 **Gmail**

## Fwd: Reasonable accomadation

1 message

**Brenda Rivera** <brenlis101216@gmail.com>
To: bodibalm24@gmail.com

Fri, May 30, 2025 at 6:50 AM

———— Forwarded message ————
From: **Brenda Rivera** <brenlis101216@gmail.com>
Date: Mon, Apr 19, 2021, 8:22 PM
Subject: Reasonable accomadation
To: Jomo Mclean <jmclean@bronxprogroup.com>


Good Evening Jomo

Im writing to express some growing concerns I have with regards to how Bronx pro handles repairs request to my apartment. I feel that I am being isolated from Bronx Pro for owing rent. I leave messages they do not reply. When I have questions or concerns regarding repairs and follow ups I am being given the run around and avoided. When I ask questions such as why certain repairs have not been done to my apartment I am told because we are waiting on Jennifer's approval

I've had a leak under the kitchen sink for a few months now. Mike just last week was in my home taping the wholes in the pipes under my sink. I contacted Mike today for a status update on the repairs.. He informed me in a text message today that Bronx Pro will not be repairing the same type of pipe with connection to the dish washer. Instead Bronx Pro will only provide fixtures for a straight pipe from the sink to the pipes. This is very concerning because this dishwasher is needed in my apartment. Because of my disability I requested it years ago. Jennifer denied me the reasonable accommodation a few years ago ,Only to then get an apology from Jennifer. Peter also apologized for Jennifer's discrimination remarks and brought and installed the dishwashers in the apartment.

If the pipe with the dishwasher connector is an issue to purchase because of cost, I will pay for the pipe and installation and hand Bronx Pro the bill. I wont be purposely left without a dishwasher. This will be completely unfair to me especially because Jennifer knows the importance of having a working dishwasher in my home. Jennifer and I have had this fight before. I may have to remind her of the housing disability acts and laws that protect disabled people like me.

I would hate to think that Jennifer is retaliating against me because I have been behind on my rent. This apartment is not mine. I am just taking care of it while renting it. If the pipes under my sink break and cause further damages to the build this is of no fault of mine. That would be neglect on Bronx Pro.

I have been waiting for a year for management to come and cover up wholes under the radiator in my living room to keep mice out. They came and assessed but never returned to repair the issue.

For over 2 year now I have not had a functioning intercom system. This has been effecting my quality of life in so many ways. I have spoke to Bronx pro and Mike the Super now for the building. Mike and I have had numerous conversation about the broken down intercom system . I have missed visitors such as nurses that come to visit me monthly. I have missed deliveries with prescriptions medication and packages from the UPS, USPS, FEDEX. Visitors don't get a reply after ring the bell and leave. Very frustrating? Especially because I depend on the intercom system to work because I have a bad ankle and cant run up and down.

My refrigerator has been broke down 3 times in the past year. It continues to leak water making messes and puddles of water on my kitchen floor. I ask for a replacement months ago and it has gone on deaf ears. The current refrigerator has been in the apartment since 2006. I believe it caped on its life line.

I would appreciate if you could advocate these serious matters with Bronx Pro and come to a resolution.

By the way I have attached a sample of the correct pipe needed. The cost is also provided.



**Screenshot_20210419-201250.png**
202K





## .etter to fix repair

message

**Jomo Mclean** <Jmclean@bronxprogroup.com>                                                    Thu, Apr 22, 2021 at 8:43 AM
To: Brenda Rivera <brenlis101216@gmail.com>

Good morning. You made use of the process. I hope that you will get attention. Keep me posted. You have mis-spelt a descriptive word in the letter.

Whole should have been spelt as "Hole" however am sure that you will be understood for what you wanted to convey. Are you now cleared on the arrears?

Please continue to make payments goal is zero balance for each month or to clear current arrears to zero. Thanks for bringing the repair needs to our attention otherwise despite your many reporting to management. Some of those work may not get down asap as only emergencies are been handled at the moment. This does not meant you have to be lose hearted about what you had forwarded to be repaired.

Sincerely,

Jomo Mclean

JKM

Case Manager

Bronx Pro Group Resident Services Unit

**From:** Brenda Rivera <brenlis101216@gmail.com>
**Sent:** Thursday, April 22, 2021 7:51 AM
**To:** Jomo Mclean <Jmclean@bronxprogroup.com>
**Subject:** Letter to fix repair

**REQUEST FOR REPAIRS**
**at 1605 UNIVERSITY AVENUE #3D, Bronx, NY 10453**

Thursday, April 22, 2021

**To**

SAMANTHA MAGISTRO
1605 DR MARTIN LUTHER KING JR BOULEVARD
Bronx, NY 10453

**From**

Brendalis Roldan
1605 UNIVERSITY AVENUE #3D
Bronx, NY 10453
(917) 667-5375

Dear SAMANTHA MAGISTRO,

I need the following repairs in my home referenced below and/or in the common areas of the building:

**REPAIRS REQUIRED**

Kitchen

- Pipes leaking
- Refrigerator not working
- dishwasher pipe needs fixing
- Repair adapter pipe to sink
- Leaky refrigerator
- Dose not keep the food cold

Living room

- Wholes under radiator floor

Home-wide

- Buzzer not working
- Cockroaches
- Doorbell not working
- Mice
- Rats

**REQUEST FOR REPAIRS**
**at 1605 UNIVERSITY AVENUE #3D, Bronx, NY 10453**

<u>Building-wide</u>

- Intercom system broken

## AVAILABLE ACCESS DATES

Below are dates that I am available to be at my home to let in a repair worker. Please contact me (using the information provided at the top of this letter) in order to make arrangements with me **at least 24 hours in advance**.

- Monday, May 17, 2021
- Wednesday, May 12, 2021
- Monday, May 10, 2021

## REQUIREMENTS

In order to keep my household safe, I request that anyone entering my home to make repairs follow sanitation guidelines from the Center for Disease Control (CDC), including washing their hands before entering, wearing gloves, a mask, and shoe coverings, and practicing physical distancing (keeping 6 feet of distance between me and anyone else in my household).

Additionally, I request that you provide the name and contact information for any repair worker assigned to my home at least 24 hours prior to their arrival.

## CIVIL PENALTIES

Pursuant to NYC Admin Code § 27-2115 an order of civil penalties for all existing violations for which the time to correct has expired is as follows:

"C" Violation
  $50 per day per violation (if 1-5 units)
  $50-$150 one-time penalty per violation plus $125 per day (5 or more units)

"B" Violation:
  $25-$100 one-time penalty per violation plus $10 per day

"A" Violation"
  $10-$50 one-time penalty per violation

On Fri, Mar 7, 2025, 12:16 PM Brenda Rivera <brenlis101216@gmail.com> wrote:

Mr. JOMO

I just stop by management to verify that yhe payment i have been sending into cover my rent continue to Delay the application of these money orders deliberately so my account continues to reflect delinquent. As I informed you earlier this week.I dropped off a payment sometime on Friday or Saturday of last week of $1600.That's today, the sixth of the 7th of March.And that money is still not posted to my account.But then your legal department just inform me that my account for the runner.Rears is going into a disposition in court. As I informed you earlier this week. I dropped off a payment sometime on Friday or Saturday of last week of $1600. That's today, the sixth of the 7th of March. And that money is still not posted to my account. But then your legal department just inform me that my account for the runner. Rears is going into a disposition in court. This is very interesting to me since i've been making monthly payments towards these areas consistently for the path six months. It feels like this is clear.Retaliation against the fact that I have been bringing several violations to your attention with regards to my disability and reasonable accommodations.That i've been asking for over a year now. Just to be clear and concise my rent should not reflect that I owe four thousand dollars. Again, Mr. Jamal.I have been very cooperative patient.And I have tried to delegate this in a reasonable manner with not only you but also the bronx pro management team. If you guys wanna continue to violate my rights, especially as a person with a disability and denied me the most reasonable accommodations.I will have no other choice than to bring this to another legal level. I am asking that the $1600 that was deposited into your office last week.Be applied to my account immediately.

On Fri, Mar 7, 2025, 11:04 AM Brenda Rivera <brenlis101216@gmail.com> wrote:

Good Morning

Pleasw provide me the follow Unumac developer staff full names.

Jennifer manager
Mike super
Maura

On Wed, Mar 5, 2025, 10:28 AM Jomo Mclean <Jmclean@bronxprogroup.com> wrote:

Thanks for your follows-up. I am strongly recommending for an in-person meeting in our resident services department. I will discuss your case with my manager and other related department. Most of what you have shared in the email I am not understanding the exception information you have shared. Are you free to meet in-person? 

Jomo Mclean

JKM

image001

Resident Services Unit

1605 Dr. Martin Luther King Jr. Blvd.  Bronx, NY 10453

Tel: 1-646-772-7619

Fax: 1-718-294-2768

http://www.bronxprogroup.com/

*P Please consider the environment before printing this e-mail*

**From:** Brenda Rivera <brenlis101216@gmail.com>
**Sent:** Wednesday, March 5, 2025 10:09 AM
**To:** Jomo Mclean <Jmclean@bronxprogroup.com>
**Subject:** Re: Rent Courtesy call and More Brendalis Roldan

I am writing in response to your recent email regarding my long standing request for reasonable accommodation and discussions about my account arrears.I would like to clarify Several points
That remain unresolved despite my repeated efforts too
Put this issues to rest in the past two years.


1. Disscussions of arrears versrs  housing overall needs. My concern is that every time I have raised issues regarding a necessary transfer for my safety.The focus is repeatedly shifted to my errears.I would appreciate it if we could address my request for a safety transfer and all the essential accommodations without The continuing emphasizing on my account value.  2. Reasonable disability accommodations. For over two years I have requested a reasonable disability accommodation to replace my current bath tub with a walking shower. I respectfully requested and immediately review and schedule of the modifications without further delays.


3. Fire alarm and toilet modification
I have also reported for several months that the fire alarm in my unit needed to be replaced. As the original one that was installed was removed by the super.Mike and never replaced with a new one. Furthermore.
The removal of the accessible toilet and it's replacement with a standard fixture is unacceptable given my disability. These modifications are not optional.They are necessary for my health and safety.I have requested that these issues be remedied promptly. Please follow-up with Mike the super. At 16 0 5 University Avenue as he is responsible for removing a special Fixture and replace it with a standard one.I have brought it to his attention numerous times about the status of the appropriate coded fixture toilet that belongs in my bathroom. These modifications are not optionals.They are necessary for my health and safety.I requested that these issues be remedy properly.
4. Communication regarding program status
It is also troubling that I was not informed In a timely  matter that my program Had already expired. Had I received advanced notice?I would have taken steps to renew it promptly.Transparent communication is essential in ensuring that I can access All available resources.
5. Concerns regarding collaboration with the district attorney's office for the bogus investigation that search and Seized me and my property illegall without a warrent. Violating my constitution rights.
Finally, I am disturbed by the reported.Collaboration between your office and the district attorney office regarding an investigation.In my view was unfounded.I request a clarification on this matter.And a review of any actions taken that may have compromised my rights. Rather than protecting your tenant you work against your tenant to cover up the illegal activities that were carried out and organized by my son's father van miles and the district attorney of new york.

Given these unresolved issues are especially request.A meeting at your earliest convenience to this class.A clear timeline for addressing each of these concerns. I believe that addressing these issues promptly ando effectively Is not only my right as a tenant but also my legal obligation on the housing and disability rights regulations.

Thank you for your prompt attention to these Matters. I look forward to your response.

sincerely

Brendalis Roldan

On Mon, Mar 3, 2025, 11:03 AM Jomo Mclean <Jmclean@bronxprogroup.com> wrote:

Thanks for your follow-up. I have tried to discuss the arrears with keen distinction about your overall housing needs. I have communicated and shared your request for obtaining a transfer with management. I am not the one who has been making the connection with your arrears and your request for a "safety transfer," just that each time I reach out to discuss the arrears on the unit you do bring up the transfer request. I see that you are making payments, I have clarified to you that the payments you are making is not substantially reducing the arrears, for which you mut be mindful.

My outreach as a resident services coordinator however could cover all aspect of your tenancy. For example, lease renewal, landlord compliances as related both to the lease and unit compliances, unit rent payments; especially if there are arrears on the unit and maintenance of the unit. Please update your transfer request by sending it along with any support documentation to accommodations@bronxprogroup.com. Going forward, please be mindful that the unit arrears is important and that portfolio landlords look at whether there are current rent arrears, unit compliances completed or pending and other leasehold compliances. Finally, I do support all the tenants I do stand for to the best of my knowledge while adhering to the Bronx Pro Group mission.

Please visit our website at www.bronxprogroup.com to learn more about how we stand for and treat our tenants and what our organization is about overall. Let me also say that you do have the right to seek accommodation outside your landlord portfolio as well, which would be giving yourself more options. You said that you are seeking "safety transfer," please be mindful that our portfolio spans these zip codes within Bronx-

10453, 10456, 10452, 104560 and 10472. Since you are looking for a "safety transfer" you must document your zip code preferences and/or neighborhood. Any document presented must clearly connect your accommodation needs with your housing needs or that the reason for the transfer must connect your housing needs. I hope this clarification helps.

Jomo Mclean

JKM

image001

Resident Services Unit

1605 Dr. Martin Luther King Jr. Blvd.  Bronx, NY 10453

Tel: 1-646-772-7619

Fax: 1-718-294-2768

http://www.bronxprogroup.com/

*P Please consider the environment before printing this e-mail*

**From:** Brenda Rivera <brenlis101216@gmail.com>
**Sent:** Saturday, March 1, 2025 10:31 AM
**To:** Jomo Mclean <Jmclean@bronxprogroup.com>
**Subject:** Re: Rent Courtesy call and More Brendalis Roldan

Good morning mister jomo 

Mr. Jamal.I just wanna make some corrections on the inaccuracies of your email. For over a year and a half I have been waiting patiently for an emergency safety transfer. At no point at no instance have I ever requested a larger apartment or have I even submitted myself to awaiting this for a larger apartment. More importantly, I have reached out to you.Management with concerns about this prolonged weight for an emergency safety transfer. I provided you with the orders of protection.I provided you with my statement for the need of a safety

transfer. When I have.

Visited your office and spoken with staff members at brown's pro.No one is willing to give me an update on this information. I understand that you see the rears that are outstanding on my account. If you look carefully you will see that I have not missed a payment in these past few months making the payment towards these rears. I'm starting to think that because I have rental rears.I am being deni'd.

Assistance for my need of this transfer. So rather than continuing to remind me of a balance of rent that I am well aware and I have been proactively pain on. I would appreciate that the more important circumstances like this. Emergency safety transfer that I requested over a year ago. Be looked into because I feel like I am being denied the simplicities of my safety and the rights to a transfer.. If nothing further please just get back to me with the specific topic of the transfer.I am well aware of the rears of the run and there is no need to continue to bring that to my attention.

On Sun, Feb 23, 2025, 11:34 AM Jomo Mclean <Jmclean@bronxprogroup.com> wrote:

If you are making the payments Great! I have not seen any significant change in what you owe! I believe that I may have shared with you that if you have a history of arrears and that you are owing more than two months of rent the management company may take that into account! I am sure your name is on the list of tenants seeking larger units! Many tenants are waiting, and it also is based on what the emergencies or more like what the accommodations are based on the established housing guidelines! We have lots of seniors and disabled tenants on the list, too! Importantly, if there are no available units there is nothing management can do! We have a very low moves-out or vacancies! We usually have studios and one-bedroom availabilities, which are not meeting most requests! I am encouraging you to work on getting to zero balance, which is a lease abide that tenant should pay monthly rent!

Importantly, stay safe and well both you and your family!

Get Outlook for iOS

**From:** Brenda Rivera <brenlis101216@gmail.com>
**Sent:** Saturday, February 22, 2025 6:51:43 PM
**To:** Jomo Mclean <Jmclean@bronxprogroup.com>
**Subject:** Re: Rent Courtesy call and More Brendalis Roldan

Good Evening Mr. Jomo

Im just seeing this email. I have already explained. I have been paying $1000.00 monthly sometimes more. $789.00 current rent 211 to the arrears.

With regards to the emergency transfer i have not heard or berm contact from anyone.

Thanks

Brendalis Roldan

On Tue, Feb 4, 2025, 10:10 AM Jomo Mclean <Jmclean@bronxprogroup.com> wrote:

Good Morning. I am hoping that you are well. I saw you recently going out the building, it seem that you were in a rush so I could not talk with you.

I hope that you and your family are well. I see t hat you have a balance of 4226.00, I am hoping that you are taking steps towards a zero balance.

Besides, I had passed on your request for transfer to management, I am hoping that they have followed up with you. Please respond to share your plan of action for getting to zero balance.

Jomo Mclean

JKM

image001

Resident Services Unit

1605 Dr. Martin Luther King Jr. Blvd. Bronx, NY 10453

Tel: 1-646-772-7619

Fax: 1-718-294-2768

http://www.bronxprogroup.com/

*P Please consider the environment before printing this e-mail*

 **image001.jpg**
3K

---

**Brenda Rivera** <brenlis101216@gmail.com>
To: bodibalm24@gmail.com

Fri, May 30, 2025 at 7:18 AM

[Quoted text hidden]

**2 attachments**

 **image001.jpg**
3K

 **image001.jpg**
3K

 Gmail

Brendalis <bodibalm24@gmail.com>

## Fwd: Repairs
2 messages

**Brenda Rivera** <brenlis101216@gmail.com>
To: bodibalm24@gmail.com

Fri, May 30, 2025 at 6:46 AM

---------- Forwarded message ----------
From: **Brenda Rivera** <brenlis101216@gmail.com>
Date: Thu, May 27, 2021, 7:14 AM
Subject: Repairs
To: Jomo Mclean <jmclean@bronxprogroup.com>



Good morning

I want to inform you that the repairs that needed to be fix months ago with regards to the kitchen sink leak is still not fixed. They have given all types of excuses and now the Maintenance manager wont send any worker to fix it. It continues to leak and remains unresolved. Please speak with management.

Best Brendalis

**Brenda Rivera** <brenlis101216@gmail.com>
To: bodibalm24@gmail.com

Fri, May 30, 2025 at 6:46 AM

---------- Forwarded message ----------
From: **Jomo Mclean** <Jmclean@bronxprogroup.com>
Date: Thu, May 27, 2021, 8:12 AM
Subject: Re: Repairs
To: Brenda Rivera <brenlis101216@gmail.com>

Good morning. Thanks for updating me.
I will look into. Besides, did you collect unemployment in 2020? Did you lost income due to covid? Are behind in your utility payment and your rent?

If so please visit

Http://OTDA.gov

To learn more bout a new rental assistance that pays up to 12 months of rental assistance. This application starts June 1st. Please give me a call later to after looking at the site information.

Jomo

Get Outlook for iOS

**From:** Brenda Rivera <brenlis101216@gmail.com>
**Sent:** Thursday, May 27, 2021 7:14:56 AM
**To:** Jomo Mclean <Jmclean@bronxprogroup.com>
**Subject:** Repairs

[Quoted text hidden]

 **Gmail**

**Brendalis <bodibalm24@gmail.com>**

## Fwd: Rent Courtesy call and More Brendalis Roldan
2 messages

**Brenda Rivera <brenlis101216@gmail.com>**                              Fri, May 30, 2025 at 7:00 AM
To: bodibalm24@gmail.com



---------- Forwarded message ----------
From: **Jomo Mclean** <Jmclean@bronxprogroup.com>
Date: Fri, Mar 7, 2025, 1:09 PM
Subject: RE: Rent Courtesy call and More Brendalis Roldan
To: Brenda Rivera <brenlis101216@gmail.com>

Greetings. I have forwarded your email and your concerns to rent@bronxprogroup.com. Kindly follow-up thereby. They are very responsive, therefore kindly email that department now.

Jomo Mclean

JKM

**BRONXPRO
G R O U P**

Resident Services Unit

1605 Dr. Martin Luther King Jr. Blvd.  Bronx, NY 10453

Tel: 1-646-772-7619

Fax: 1-718-294-2768

http://www.bronxprogroup.com/

*P Please consider the environment before printing this e-mail*

**From:** Brenda Rivera <brenlis101216@gmail.com>
**Sent:** Friday, March 7, 2025 1:07 PM
**To:** Jomo Mclean <Jmclean@bronxprogroup.com>
**Subject:** Re: Rent Courtesy call and More Brendalis Roldan

Mr.Jomo ,

I am kindly asking for status update on the 2 money.Orders that would drop off last week to your office.And I want to know why haven't they been applied to my account. I will provide the copy that was signed and stamped by your reception is at Bronx pro.Realty. I would appreciate no further delays with the posting of my payments to my rent.

 Mike Super

Friday, May 24, 2024 • 3:40 PM

Mike the toilet in my apartment is cracked
and all the water is getting out I need
someone to come upstairs and either shut
off the valve for the water or fix that
somehow if you can give me a call back
please it'll be greatly appreciated I'm on my
way there now

Friday, May 31, 2024 • 6:50 AM

GM. Friendly reminder I need the toilet tank
fix today. Please confirm you will be stopping
by today.

Good morning I am waiting on delivery
today

Okay

Friday, May 31, 2024 • 4:30 PM

Good evening Brenda just wanted to let you
I'm still waiting for deliv

Text message



← Mike Super  📞 ⋮



GM thanks for the toile. A big mess of cork was left on the floor. Please send someone Monday to clean this up. Thanks

Sunday, Jun 2, 2024 · 12:21 PM

Good afternoon yes I did let Anthony know that I was coming back to get the access corking up from the floor no problem Tomorrow.

Sunday, Jun 2, 2024 · 6:10 PM

Oh okay . He never mentioned anything. Also can you have the handy man call me. Please

I talked with him but he's very busy with other jobs right now

↓

⊕ Text message       

← Ⓜ Mike Super     📞 ⋮

Friday, May 31, 2024 • 4:30 PM

Good evening Brenda just wanted to let you
I'm still waiting for delivery 🚚

Sunday, Jun 2, 2024 • 11:14 AM



Text message     ☺ 🖼 〰

←  Mike Super ☎ ⋮

Sunday, Jun 2, 2024 • 6:10 PM

Oh okay . He never mentioned anything. Also can you have the handy man call me. Please

I talked with him but he's very busy with other jobs right now

Ok thanks for letting me know

Ur welcome

Monday, Jun 17 • 10:48 AM

Hey Mike. Following up on the toilet.

Good morning are you still purchasing your own toilet

No! They have a budget for these kind of repairs.

Should I contact someone at the office???

Yes

↓

⊕ Text message     ☺  

←  Mike Super     📞   ⋮

Monday, Jun 17 · 10:48 AM

Hey Mike. Following up on the toilet.

Good morning are you still purchasing your own toilet –

No! They have a budget for these kind of repairs.

Should I contact someone at the office???

Yes



Who? And have you advised someone of this matter

Wednesday, Jul 10 · 11:59 AM

Hi. Please follow up with the person in charge of the toilet. Ita been 3 week and no updates

Wednesday, Jul 10 · 2:18 PM

Liked "Hi. Please follow ↓ vith the person in charge of …"

⊕  Text message          ☺   🖼   〰

 **Gmail**

Brendalis <bodibalm24@gmail.com>

---

## Request for foil request
6 messages

---

**Brendalis** <bodibalm24@gmail.com>
To: foil@ccrb.nyc.gov

Sun, Apr 13, 2025 at 8:20 AM

To : Records Access Officer
Civilian Complaint Review Board
100 Church Street, 10th Floor
New York, NY 10007

Re: Police report # 2022-28408 FOIL Request for Public Records Under NY Public Officers Law §§ 84–90

Dear Records Access Officer,

Pursuant to the New York Freedom of Information Law (FOIL), Public Officers Law §§ 84–90, I am requesting access to and copies of the following public records:

I, Brendalis Roldan, filed a complaint between June 2018-June 2019 against officers at the 46th pct Bronx NY for bad conduct and unfair treatment.

This request is being sent via certified mail with return service requested to ensure proper documentation and delivery. Please consider this a formal written request under state law.

I respectfully request a response within five business days, as required by §89(3)(a) of FOIL. If the records require more time to produce, please provide an estimated date of completion.

Thank you for your assistance. Please feel free to contact me with any questions or clarifications.

Sincerely,
Brendalis Roldan

---

**FOIL Requests, CCRB (CCRB)** <FOIL@ccrb.nyc.gov>
To: Brendalis <bodibalm24@gmail.com>

Mon, Apr 14, 2025 at 12:34 PM

Dear Brendalis Roldan,

Due to privacy laws, please verify your DOB and address used when you made the complaint OR provide a photo ID.

You should receive an email stating FOIL-2025-054-00138 has been created to keep track of your request.

Sincerely,

Andrew Keum, Esq. (he/him)
Records Access Officer
NYC Civilian Complaint Review Board

100 Church Street, 10th Floor
New York, NY 10007
FOIL@ccrb.nyc.gov
www.nyc.gov/ccrb

---

**From:** Brendalis <bodibalm24@gmail.com>
**Sent:** Sunday, April 13, 2025 8:20 AM
**To:** FOIL Requests, CCRB (CCRB) <FOIL@ccrb.nyc.gov>
**Subject:** [EXTERNAL] Request for foil request

You don't often get email from bodibalm24@gmail.com. Learn why this is important

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

[Quoted text hidden]

---

**Brendalis** <bodibalm24@gmail.com>                                    Mon, Apr 14, 2025 at 9:11 PM
To: "FOIL Requests, CCRB (CCRB)" <FOIL@ccrb.nyc.gov>


Subject: Re: FOIL-2025-054-00138 – Improper Request for ID and Personal Information

Dear Andrew Keum

Your request for my date of birth, address, or photo ID in connection with a FOIL request is entirely inappropriate and contrary to FOIL law. The Freedom of Information Law does not require a requester to provide an ID, address, or verify personal information to access public records—especially when communication is already established through this email address, which is sufficient for correspondence and delivery.

Your attempt to impose unlawful verification conditions is a barrier to access and a violation of the law's intent. Cease this improper practice immediately and process my FOIL request without delay.

Govern yourself accordingly.

Brendalis Roldan

[Quoted text hidden]

---

**Brendalis** <bodibalm24@gmail.com>                                    Wed, Apr 23, 2025 at 7:14 PM
To: "FOIL Requests, CCRB (CCRB)" <FOIL@ccrb.nyc.gov>


Subject: FOIL Appeal – FOIL-2025-054-00138

To the FOIL Appeals Officer,

I am writing to formally appeal the denial of my FOIL request referenced as FOIL-2025-054-00138.

Your office stated that my request "does not provide enough information to identify the records" and that disclosure would potentially violate personal privacy protections under Public Officers Law §§ 87(2)(b), (e)(iii), (e)(iv), and (f). However, I respectfully submit that this denial is improper under New York's Freedom of Information Law for the following reasons:

1. Redaction, not denial, is the appropriate remedy under FOIL.
The Committee on Open Government has repeatedly advised, including in Advisory Opinion No. 11868, that when a

record contains both exempt and non-exempt material, agencies must redact the exempt portions and disclose the rest. Denying access to the entire record on the basis of privacy or safety is not consistent with FOIL's requirements.

2. Verification of identity is not required unless requesting records about oneself.
My request did not seek personal records about myself, but rather agency records concerning public officials and/or complaint data. FOIL does not require requesters to verify their identity unless such records pertain specifically to the requester.

3. Public Officers Law §87(2)(b) does not authorize blanket denials.
This section allows withholding only of portions of records that "if disclosed would constitute an unwarranted invasion of personal privacy." It does not authorize agencies to withhold full documents without identifying what portions are exempt and which are not.

4. CCRB is obligated to conduct a good faith search based on available details.
The denial states that insufficient information was provided, but FOIL only requires a reasonably described request. If clarification was needed, your office could have requested further narrowing or assistance from me before denying the request outright.

For these reasons, I respectfully request that the denial be overturned and that the requested records be disclosed with appropriate redactions made where necessary to comply with statutory exemptions. You have 10 Days to produce this foil.

Sincerely,
Brendalis Roldan

718-717-6799
[Quoted text hidden]

---

**FOIL Requests, CCRB (CCRB)** <FOIL@ccrb.nyc.gov>                    Thu, Apr 24, 2025 at 9:42 AM
To: Brendalis <bodibalm24@gmail.com>

Your appeal has been forwarded to the Appeals Officer.

Sincerely,

Andrew Keum, Esq. (he/him)
Records Access Officer
NYC Civilian Complaint Review Board
100 Church Street, 10th Floor
New York, NY 10007
FOIL@ccrb.nyc.gov
www.nyc.gov/ccrb

---

**From:** Brendalis <bodibalm24@gmail.com>
**Sent:** Wednesday, April 23, 2025 7:14 PM
**To:** FOIL Requests, CCRB (CCRB) <FOIL@ccrb.nyc.gov>
**Subject:** Re: [EXTERNAL] Request for foil request

[Quoted text hidden]

---

**Brendalis** <bodibalm24@gmail.com>                    Mon, Jun 16, 2025 at 8:33 AM
To: "FOIL Requests, CCRB (CCRB)" <FOIL@ccrb.nyc.gov>

I am writing to follow up on a Freedom of Information Law (FOIL) **FOIL-2025-054-00138** request I submitted several months ago, as well as my subsequent appeal regarding your agency's failure to respond. To date, I have received no communication, response, or release of the requested records.

This request is time-sensitive and pertains directly to an active federal case. The immediate release of these records is essential to protect my legal rights and comply with court deadlines.

Pursuant to New York Public Officers Law § 89(3), your agency is required to respond to a FOIL request within five (5) business days by making the records available, denying the request in writing, or providing a written acknowledgment stating the approximate date when a determination will be made. If an appeal is filed, the agency must respond in writing within ten (10) business days.

Your continued failure to comply constitutes a clear violation of state law. I hereby demand immediate release of all records responsive to my FOIL request and subsequent appeal. Failure to do so within five (5) business days will leave me no choice but to pursue all available legal remedies, including judicial intervention and a demand for attorney's fees as permitted by law.

This matter is urgent. Please treat this as a priority and respond without further delay.

Thank you for your prompt attention to this matter.

Sincerely,


Brendalis Roldan
[Quoted text hidden]

H

## Rent Courtesy call and More Brendalis Roldan

message

Brenda Rivera <brenlis101216@gmail.com>                                                                   Wed, Mar 5, 2025 at 10:08 AN
To: Jomo Mclean <Jmclean@bronxprogroup.com>

I am writing in response to your recent email regarding my long standing request for reasonable accommodation and discussions
about my account arrears.I would like to clarify Several points
That remain unresolved despite my repeated efforts too
Put this issues to rest in the past two years.

1. Disscussions of arrears versrs  housing overall housing needs. My concern is that every time I have raised issues regarding a
necessary transfer for my safety.The focus is repeatedly shifted to my errears.I would appreciate it if we could address my request for
a safety transfer and all the essential accommodations without The continuing emphasizing on my account value.  2. Reasonable
disability accommodations. For over two years I have requested a reasonable disability accommodation to replace my current bath tub
with a walking shower. I respectfully requested and immediately review and schedule of the modifications without further delays.

3. Fire alarm and toilet modification �礼
I have also reported for several months that the fire alarm in my unit needed to be replaced. As the original one that was installed was
removed by the super.Mike and never replaced with a new one. Furthermore.
The removal of the accessible toilet and it's replacement with a standard fixture is unacceptable given my disability. These
modifications are not optional.They are necessary for my health and safety.I have requested that these issues be remedied promptly.
Please follow-up with Mike the super. At 16 0 5 University Avenue as he is responsible for removing a special Fixture and replace it with
a standard one.I have brought it to his attention numerous times about the status of the appropriate coded fixture toilet that belongs in
my bathroom. These modifications are not optionals.They are necessary for my health and safety.I requested that these issues be
remedy properly.
4. Communication regarding program status
It is also troubling that I was not informed In a timely  matter that my program Had already expired. Had I received advanced notice?I
would have taken steps to renew it promptly.Transparent communication is essential in ensuring that I can access All available
resources.
5. Concerns regarding collaboration with the district attorney's office for the bogus investigation that search and Seized me and my
property illegall without a warrent. Violating my constitution rights.
Finally, I am disturbed by the reported.Collaboration between your office and the district attorney office regarding an investigation.In my
view was unfounded.I request a clarification on this matter.And a review of any actions taken that may have compromised my rights.
Rather than protecting your tenant you work against your tenant to cover up the illegal activities that were carried out and organized by
my son's father van miles and the district attorney of new york.

Given these unresolved issues are especially request.A meeting at your earliest convenience to this class.A clear timeline for
addressing each of these concerns. I believe that addressing these issues promptly ando effectively Is not only my right as a tenant
but also my legal obligation on the housing and disability rights regulations.


Thank you for your prompt attention to these Matters. I look forward to your response.

sincerely

Brendalis Roldan

[Quoted text hidden]

image001.jpg
2 KB



## Rent Courtesy call and More Brendalis Roldan

message

**omo Mclean** <Jmclean@bronxprogroup.com>                                    Wed, Mar 5, 2025 at 10:28 AM
o: Brenda Rivera <brenlis101216@gmail.com>

Thanks for your follows-up. I am strongly recommending for an in-person meeting in our resident services department. I
will discuss your case with my manager and other related department. Most of what you have shared in the email I am
not understanding the exception information you have shared. Are you free to meet in-person?

[Quoted text hidden]


## Rent Courtesy call and More Brendalis Roldan

message

Brenda Rivera <brenlis101216@gmail.com>                    Fri, Mar 7, 2025 at 11:04 AM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Good Morning

Pleasw provide me the follow Unumac developer staff full names.

Jennifer manager
Mike super
Maura

[Quoted text hidden]

 **image001.jpg**
2 KB

# Bronx Pro Group LLC
## www.BronxProGroup.com



Website: Jan. 2022

## APARTMENT APPLICATION

**Instructions**
1. This application is to be completed by the applicant only.
2. No payment should be given to anyone in connection with the preparation or filing of this application.
3. Return completed application to:

**Bronx Pro Group LLC**
**. ATTN:  Marketing & Leasing**
**1605 Dr. Martin Luther King Jr. Blvd, Suite 1-D**
**Bronx, NY 10453**
**Fax No. 718-294-2768**

Applicant Name / Head of Household _Brendalis Roldan_

Current Address _1605 University Ave   Apt 3D_

City, State, Zip Code _Bronx   NY   10453_

Home Tel. _____    Cell Tel. _917 605 - 789_

Work Tel. _____    Email _____

How long have you lived at this address? _25 years_ (Years) _____ Months

**Household Information**

How many persons in your household, including yourself, WILL LIVE IN THE UNIT FOR WHICH YOU ARE APPLYING? _2_. List all of the people WHO WILL LIVE IN THE UNIT FOR WHICH YOU ARE APPLYING, starting with yourself, and provide the following information.

| Full Name | Relation to Applicant | Birth Date | Age | Sex | Occupation |
|---|---|---|---|---|---|
| Brendalis Roldan | SELF | 2/1/78 | 46 | F | Self employed |
| Valentino K. Miles | Son | 12/10/16 | 7 | M | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Are you or any member of your household disabled? [X] Yes [ ] No
If yes, would you describe the disability as [✓] mobility impairment? [ ] visual impairment? [ ] hearing impairment? If you checked either mobility impairment, or visual impairment, or hearing impairment, do you or a member of your household require a special accommodation? [✓] Yes [ ] No
If yes, please specify the special accommodation required: _Wide doors for wheel Chair._

1. Are you an employee of the City of New York, the NYC Housing Development Corporation, the NYC Economic Development Corporation, the NYC Housing Authority, or the NYC Health and Hospitals Corporation? Yes _____ (No) _____. If Yes, please identify the agency: _____

2. If you answered "yes" to Question 1 above, have you personally had any role or involvement in any process, decision, or approval regarding the housing development that is the subject of this application? Yes ___No ___

**NOTE: If you answered 'Yes' to Question 1 above, you may be required to submit a statement from your employer that your application does not create a conflict of interest. If you answered 'Yes' to Question 2 above, you will be required to submit a statement from your employer that your application does not create a conflict of interest. Such statement would not be required until later in the application process, when you will also be required to provide other documents to verify your income and eligibility.**

**(A)    INCOME FROM EMPLOYMENT:**

List all full and/or part time employment for ALL HOUSEHOLD MEMBERS including yourself, WHO WILL BE LIVING WITH YOU in the residence for which you are applying. Include self-employment earnings.

| Household Member | Employer Name and Address | Years Employed | Gross Earnings PER YEAR |
|---|---|---|---|
| Brendalis Roldan | SSDi | | |
| | | | |
| | | | |
| | | | |

**(B)    INCOME FROM OTHER SOURCES:**

List all other income.  For example, Public Assistance (including housing allowance), Social Security, SSI, Pension, Disability Compensation, Unemployment Compensation, Interest Income, Babysitting, Care-taking, Alimony, Child Support, Annuities, Dividends, Income from Rental Property, Armed Forces Reserves, Scholarships and/or Grants, etc.

| Household Member | Type of Income | Amount | |
|---|---|---|---|
| Brendalis Roldan | SSDi | $ 1407 | per Monthly |
| | | $ | per |
| | | $ | per |

**TOTAL ANNUAL HOUSEHOLD INCOME:**
Add **ALL** income listed above in **(A)** and **(B)** and indicate the total earned for the year:  $ _16,884_ /year.

**Current Landlord**

Landlord's Name        *Bronx Pro Management*

(If you live in a public housing project enter "NYCHA." If you live in a city-owned/In Rem building enter "HPD")

Landlord's Address      *1005 University Ave Apt 3D Bronx NY*

Landlord's Phone Number _____

**Current Rent**

What is the total rent on the apartment where you currently live or temporarily staying? $ *798* /month

How much do you contribute to the total rent of the apartment? If nothing write "0":   $ *798* /month

**Reason for Moving**

Why are you moving? Please check all that apply.
[ ] Living with parents                        [ ] Do not like neighborhood
[ ] Not enough space                          [ ] Living with relatives/other family members
[ ] Living in shelter or on the streets       [ ] Rent too high
[ ] Bad housing conditions                     [ ] Increase in family size (marriage, birth)
[ ] Health reasons                             [ ] Disability access problems
[✓] Other *reckless Endangerment*

**Section 8 Housing Assistance**

Are you presently receiving a Section 8 housing voucher or certificate? Please circle:  "YES"  or  "NO"
This information will not affect the processing of the application.  If you checked "YES", do you currently have or have you already applied for a transfer voucher? Please circle:  "YES"  or  "NO"

**Assets**

Checking Account/Bank or Branch       _____

Passbook Savings/Bank or Branch       _____

Savings Certificates/Bank or Branch   _____

Other assets (IRAs, mutual funds, etc) _____

**Source of Information**

How did you hear about this development?

[  ] Newspaper                              [  ] Sign posted on property
[  ] Local organization or church          [  ] Friend or relative
[  ] Trulia                                [  ] Facebook
[  ] Craig's List                          [  ] Curbed NY
[  ] Google                                [  ] www.BronxProGroup.com  website
[  ] City "affordable housing hotline" listing new ads for the month
[  ] Referred by current tenant: _____
[ ✓ Other: _____

**Ethnic Identification (Used for Statistical Purposes Only)**

This information is optional and will not affect the processing of the application. Please check one group that best identifies the applicant. Please check all that apply.

[  ] White (non Hispanic origin)        [  ] Black
[  ] Hispanic origin                    [  ] Asian or Pacific Islander
[  ] American Indian/Alaskan Native     [  ] Other _____

**Signature**

I DECLARE THAT STATEMENTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE. I have not withheld, falsified or otherwise misrepresented any information. I fully understand that any and all information I provide during this application process is subject to review by the New York City Department of Investigation (DOI), a fully empowered law enforcement agency which investigates potential fraud in City-sponsored programs. I understand that the consequences for providing false or knowingly incomplete information in an attempt to qualify for this program may include the disqualification of my application, the termination of my lease (if discovery is made after the fact), and referral to the appropriate authorities for potential criminal prosecution.

I DECLARE THAT NEITHER I, NOR ANY MEMBER OF MY IMMEDIATE FAMILY ARE EMPLOYED BY THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION OR ITS SUBSIDIARIES, OR THE BUILDING OWNER OR ITS PRINCIPALS.

Signed: _____        Date:_____

*No pets, no washing machines, no satellite dishes*
*are allowed in the apartments or on the premises.*

**OFFICE USE ONLY:**
Community Board Resident  [  ] Yes [  ] No
Municipal Employee        [  ] Yes [  ] No
Size of Apartment Assigned:  [  ] Studio [  ] 1 Bedroom [  ] 2 Bedroom [  ] 3 Bedroom [  ] 4 Bedroom

Family Composition: Adult Males_____Adult Females_____Male Children_____Female Children_____
Person with Disability              [  ] Mobility [  ] Visual [  ] Hearing
TOTAL VERIFIED HOUSEHOLD INCOME: $_____per Year.

**Log #** _____

1605 Dr. Martin L King Jr. Boulevard
Bronx, NY 10453



CONSUMER AUTHORIZATION

I/we hereby grant permission to have my/ our consumer reports ordered and utilized for the purposes of evaluating my application and to ensure compliance with any potential lease. This is only a request for information and in no way, guarantees an apartment. Furthermore, it is understood that my application may be rejected based upon information obtained from these reports.

I understand that should I sign a lease for an apartment I will be charged a fee based on my household size and the apartment I attain.  I understand that the fees will be due on the day that I sign a lease.

**Background Check Fees:**
$20 per household for 1-2 adults

In connection with this request, I authorize all corporations, companies, credit agencies and former employers and/ or landlords to release information they may have about me/ us and release them from any liability and responsibility from doing so. Further I authorize the procurement of an investigative consumer report and understand that such a repot may contain information as to my background, mode of living, character and personal reputation.

|  | Application Research Inc. |
|---|---|
|  | C/O Tenant Alert |
|  | 23801 Calabasas Road Suite 1022 |
| Mail to: | Calabasas, CA 91302 |

|  | Application Research |
|---|---|
|  | C/O Tenant Alert |
| Fax to: | (310) 893-1680 |

You may reach the Tenant Alert at (866) 272-8400

You are entitled to a free copy of your credit report from each of the 3 credit bureaus. Visit: www.annualcreditreport.com

_____
Applicant **PRINT NAME** and **SIGN** and **DATE**

_____
Applicant **PRINT NAME** and **SIGN** and **DATE**

F.C.A §§ 430, 550, 655, 828, 1029                                                                              GF5 12/2020

**ORI No:**      NY062023J
**Order No:**    2024-014918
**NYSID No:**    _____

At a term of the Family Court of the State of New York,
held in and for the County of Bronx, at 900 Sheridan Avenue, Bronx,
NY 10451, on July 29, 2024

**PRESENT: Honorable Judith D. Waksberg**

**In the Matter of a FAMILY OFFENSE Proceeding**

**Brendalis Roldan (DOB: 02/01/1978),**
                       **Petitioner**

           **- against -**

**Van D Miles (DOB: 12/19/1982),**
                   **Respondent**

**File #**  205420
**Docket #**  O-10987-24
**Temporary Order of Protection**

**Both Parties Present in Court**

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.**

A petition under Article 8 of the Family Court Act, having been filed on May 09, 2024 in this Court and good cause having been shown, and Van D Miles having been present in Court and advised of the issuance and contents of this Order.

     **NOW, THEREFORE, IT IS HEREBY ORDERED** that Van D Miles (DOB:12/19/1982) observe the following conditions of behavior:

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image (s) or any criminal offense against Brendalis Roldan (DOB: 02/01/1978);

     **It is further ordered** that this temporary order of protection shall remain in force until and including August 15, 2024, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

**Dated:**    July 29, 2024                                          ENTER

                                                                   _Judith Waksberg_
                                                                   **Honorable Judith D. Waksberg**

2024-014918

*PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.*

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties authorizes, and sometimes requires such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face penalties authorized by law.

**Federal law requires** that this order is effective outside, as well as inside, New York State. It must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person restrained by the order is an intimate partner of the protected party and has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect due process rights (18 U.S.C §§ 2265, 2266).

**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty) ; and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

**Check Applicable Box(es):**

[x] Party against whom order was issued was advised in Court of issuance and contents of Order

[x] Order personally served in Court upon party against whom order was issued

[ ] Service directed by other means[specify]: _____

[ ] [Modifications or extensions only]: Order mailed on [specify date and to whom mailed]:

[ ] Warrant issued for party against whom order was issued[specify date]: _____

[ ] ADDITIONAL SERVICE INFORMATION [specify]: _____



## Immediate safety transfer

10 messages

---

Brenda Rivera <brenlis101216@gmail.com>                                    Thu, Aug 8, 2024 at 7:12 PM
To: Jomo Mclean <jmclean@bronxprogroup.com>

---

Brenda Rivera <brenlis101216@gmail.com>                                    Wed, Aug 14, 2024 at 6:49 AM
To: Jomo Mclean <jmclean@bronxprogroup.com>

Good day

I am following up on my previous email.  I have not received feed back on this request.  Please advise how we can move forward.

Best
Brendalis Roldan

On Thu, Aug 8, 2024, 7:12 PM Brenda Rivera <brenlis101216@gmail.com> wrote:    

---

Jomo Mclean <Jmclean@bronxprogroup.com>                                    Wed, Aug 14, 2024 at 8:03 AM
To: Brenda Rivera <brenlis101216@gmail.com>

I have routed your email to the Resident services director! I will follow-up!

Get Outlook for iOS

---

**From:** Brenda Rivera <brenlis101216@gmail.com>
**Sent:** Wednesday, August 14, 2024 6:49:21 AM
**To:** Jomo Mclean <jmclean@bronxprogroup.com>
**Subject:** Re: Immediate safety transfer

[Quoted text hidden]

---

Brenda Rivera <brenlis101216@gmail.com>                                    Mon, Aug 19, 2024 at 2:39 PM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Jomo

i am following up on this matter. Please advise.
[Quoted text hidden]

---

Jomo Mclean <Jmclean@bronxprogroup.com>                                    Mon, Aug 19, 2024 at 3:01 PM
To: Brenda Rivera <brenlis101216@gmail.com>
Cc: Laura Calvo <Lcalvo@bronxprogroup.com>

I am in receipt of your emails, and I have forwarded to the resident services director. However, I would like to meet with you in-person to discuss this case need. I will also ask the resident services director to be present.

Jomo Mclean

JKM

[Quoted text hidden]

## Rent Courtesy call and More Brendalis Roldan

14 messages

---

**Jomo Mclean** <Jmclean@bronxprogroup.com>
To: brenlis101216@gmail.com <brenlis101216@gmail.com>

Tue, Feb 4, 2025 at 10:10 AM

Good Morning. I am hoping that you are well. I saw you recently going out the building, it seem that you were in a rush so I could not talk with you.

I hope that you and your family are well. I see t hat you have a balance of 4226.00, I am hoping that you are taking steps towards a zero balance.

Besides, I had passed on your request for transfer to management, I am hoping that they have followed up with you. Please respond to share your plan of action for getting to zero balance.

Jomo Mclean

JKM



**Resident Services Unit**

1605 Dr. Martin Luther King Jr. Blvd.  Bronx, NY 10453

Tel: 1-646-772-7619

Fax: 1-718-294-2768

http://www.bronxprogroup.com/

*P Please consider the environment before printing this e-mail*

---

**Brenda Rivera** <brenlis101216@gmail.com>
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Sat, Feb 22, 2025 at 6:51 PM

Good Evening Mr. Jomo

Im just seeing this email. I have already explained. I have been paying $1000.00 monthly sometimes more. $789.00 current rent 211 to the arrears.

With regards to the emergency transfer i have not heard or berm contact from anyone.

Thanks
Brendalis Roldan
[Quoted text hidden]

---

**Jomo Mclean** <Jmclean@bronxprogroup.com>
To: Brenda Rivera <brenlis101216@gmail.com>

Sun, Feb 23, 2025 at 11:34 AM

If you are making any payments to your account and there is any documentation in your tenant file I believe that I shared with you that if you have a history of arrears and that you are owing more than two months of rent the management company may take that into account! I am sure your name is on the list of tenants seeking larger units! Many tenants are waiting, and it also is based on what the emergencies or more like what the accommodations are based on the established housing guidelines! We have lots of seniors and disabled tenants on the list, too! Importantly, if there are no available units there is nothing management can do! We have a very low moves-out or vacancies! We usually have studios and one-bedroom availabilities, which are not meeting most requests! I am encouraging you to work on getting to zero balance, which is a lease abide that tenant should pay monthly rent!
Importantly, stay safe and well both you and your family!

Get Outlook for iOS

---

**From:** Brenda Rivera <brenlis101216@gmail.com>
**Sent:** Saturday, February 22, 2025 6:51:43 PM
**To:** Jomo Mclean <Jmclean@bronxprogroup.com>
**Subject:** Re: Rent Courtesy call and More Brendalis Roldan

[Quoted text hidden]

---

Brenda Rivera <brenlis101216@gmail.com>                                                                          Sat, Mar 1, 2025 at 10:31 AM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Good morning mister jomo

Mr. Jamal.I just wanna make some corrections on the inaccuracies of your email. For over a year and a half I have been waiting
patiently for an emergency safety transfer. At no point at no instance have I ever requested a larger apartment or have I even submitted
myself to awaiting this for a larger apartment. More importantly, I have reached out to you.Management with concerns about this
prolonged weight for an emergency safety transfer. I provided you with the orders of protection.I provided you with my statement for
the need of a safety transfer. When I have.
Visited your office and spoken with staff members at brown's pro.No one is willing to give me an update on this information. I
understand that you see the rears that are outstanding on my account. If you look carefully you will see that I have not missed a
payment in these past few months making the payment towards these rears. I'm starting to think that because I have rental rears.I am
being deni'd.
Assistance for my need of this transfer. So rather than continuing to remind me of a balance of rent that I am well aware and I have
been proactively pain on. I would appreciate that the more important circumstances like this. Emergency safety transfer that I
requested over a year ago. Be looked into because I feel like I am being denied the simplicities of my safety and the rights to a
transfer.. If nothing further please just get back to me with the specific topic of the transfer.I am well aware of the rears of the run and
there is no need to continue to bring that to my attention.

[Quoted text hidden]

📄 **image001.jpg**
2 KB

---

Jomo Mclean <Jmclean@bronxprogroup.com>                                                                          Mon, Mar 3, 2025 at 11:03 AM
To: Brenda Rivera <brenlis101216@gmail.com>

Thanks for your follow-up. I have tried to discuss the arrears with keen distinction about your overall housing needs. I
have communicated and shared your request for obtaining a transfer with management. I am not the one who has been
making the connection with your arrears and your request for a "safety transfer," just that each time I reach out to
discuss the arrears on the unit you do bring up the transfer request. I see that you are making payments, I have clarified
to you that the payments you are making is not substantially reducing the arrears, for which you mut be mindful.

My outreach as a resident services coordinator however could cover all aspect of your tenancy. For example, lease
renewal, landlord compliances as related both to the lease and unit compliances, unit rent payments; especially if there
are arrears on the unit and maintenance of the unit. Please update your transfer request by sending it along with any
support documentation to accommodations@bronxprogroup.com.  Going forward, please be mindful that the unit
arrears is important and that portfolio landlords look at whether there are current rent arrears, unit compliances
completed or pending and other leasehold compliances. Finally, I do support all the tenants I do stand for to the best of
my knowledge while adhering to the Bronx Pro Group mission.

Please visit our website at www.bronxprogroup.com to learn more about how we stand for and treat our tenants and what our organization is about overall. Let me also say that you do have the right to seek accommodation outside your landlord portfolio as well, which would be giving yourself more options. You said that you are seeking "safety transfer," please be mindful that our portfolio spans these zip codes within Bronx-

10453, 10456, 10452, 104560 and 10472. Since you are looking for a "safety transfer" you must document your zip code preferences and/or neighborhood. Any document presented must clearly connect your accommodation needs with your housing needs or that the reason for the transfer must connect your housing needs. I hope this clarification helps.

Jomo Mclean

JKM



**Resident Services Unit**

1605 Dr. Martin Luther King Jr. Blvd.  Bronx, NY 10453

Tel: 1-646-772-7619

Fax: 1-718-294-2768

http://www.bronxprogroup.com/

*P Please consider the environment before printing this e-mail*

[Quoted text hidden]

---

Brenda Rivera <brenlis101216@gmail.com>                                                    Wed, Mar 5, 2025 at 10:08 AM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

I am writing in response to your recent email regarding my long standing request for reasonable accommodation and discussions about my account arrears.I would like to clarify Several points
That remain unresolved despite my repeated efforts too
Put this issues to rest in the past two years.

1.  Disscussions of arrears versrs  housing overall housing needs. My concern is that every time I have raised issues regarding a necessary transfer for my safety.The focus is repeatedly shifted to my errears.I would appreciate it if we could address my request for a safety transfer and all the essential accommodations without The continuing emphasizing on my account value.  2. Reasonable disability accommodations. For over two years I have requested a reasonable disability accommodation to replace my current bath tub with a walking shower. I respectfully requested and immediately review and schedule of the modifications without further delays.

3. Fire alarm and toilet modification
I have also reported for several months that the fire alarm in my unit needed to be replaced. As the original one that was installed was removed by the super.Mike and never replaced with a new one. Furthermore.
The removal of the accessible toilet and it's replacement with a standard fixture is unacceptable given my disability. These modifications are not optional.They are necessary for my health and safety.I have requested that these issues be remedied promptly. Please follow-up with Mike the super. At 16 0 5 University Avenue as he is responsible for removing a special Fixture and replace it with a standard one.I have brought it to his attention numerous times about the status of the appropriate coded fixture toilet that belongs in my bathroom. These modifications are not optionals.They are necessary for my health and safety.I requested that these issues be remedy properly.
4. Communication regarding program status
It is also troubling that I was not informed In a timely  matter that my program Had already expired. Had I received advanced notice?I would have taken steps to renew it promptly.Transparent communication is essential in ensuring that I can access All available resources.

property illegally without a warrant. Violating my constitution rights.

Finally, I am disturbed by the reported.Collaboration between your office and the district attorney office regarding an investigation.In my view was unfounded.I request a clarification on this matter.And a review of any actions taken that may have compromised my rights. Rather than protecting your tenant you work against your tenant to cover up the illegal activities that were carried out and organized by my son's father van miles and the district attorney of new york.

Given these unresolved issues are especially request.A meeting at your earliest convenience to this class.A clear timeline for addressing each of these concerns. I believe that addressing these issues promptly ando effectively Is not only my right as a tenant but also my legal obligation on the housing and disability rights regulations.


Thank you for your prompt attention to these Matters. I look forward to your response.

sincerely

Brendalis Roldan
[Quoted text hidden]

--------------------------------------------------

🖼 **image001.jpg**
2 KB

--------------------------------------------------

**Brenda Rivera** <brenlis101216@gmail.com>                                    Wed, Mar 5, 2025 at 10:27 AM
To: Tania Vasquez <tania.vasquez@icsny.org>

[Quoted text hidden]

--------------------------------------------------

🖼 **image001.jpg**
2 KB

--------------------------------------------------

**Jomo Mclean** <Jmclean@bronxprogroup.com>                                    Wed, Mar 5, 2025 at 10:28 AM
To: Brenda Rivera <brenlis101216@gmail.com>

Thanks for your follows-up. I am strongly recommending for an in-person meeting in our resident services department. I will discuss your case with my manager and other related department. Most of what you have shared in the email I am not understanding the exception information you have shared. Are you free to meet in-person?

[Quoted text hidden]

--------------------------------------------------

**Brenda Rivera** <brenlis101216@gmail.com>                                    Fri, Mar 7, 2025 at 11:04 AM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Good Morning

Pleasw provide me the follow Unumac developer staff full names.

Jennifer manager
Mike super
Maura

[Quoted text hidden]

--------------------------------------------------

🖼 **image001.jpg**
2 KB

--------------------------------------------------

**Brenda Rivera** <brenlis101216@gmail.com>                                    Fri, Mar 7, 2025 at 12:16 PM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Mr. JOMO

I just stop by management to verify that yhe payment i have been sending into cover my rent continue to Delay the application of these money orders deliberately so my account continues to reflect delinquent. As I informed you earlier this week I dropped off a payment

my account. But then your legal department just inform me that my account for the number. Rears is going into a disposition in court. As I informed you earlier this week. I dropped off a payment sometime on Friday or Saturday of last week of $1600. That's today, the sixth of the 7th of March. And that money is still not posted to my account. But then your legal department just inform me that my account for the runner. Rears is going into a disposition in court. This is very interesting to me since i've been making monthly payments towards these areas consistently for the path six months. It feels like this is clear. Retaliation against the fact that I have been bringing several violations to your attention with regards to my disability and reasonable accommodations. That i've been asking for over a year now. Just to be clear and concise my rent should not reflect that I owe four thousand dollars. Again, Mr. Jamal. I have been very cooperative patient. And I have tried to delegate this in a reasonable manner with not only you but also the bronx pro management team. If you guys wanna continue to violate my rights, especially as a person with a disability and denied me the most reasonable accommodations. I will have no other choice than to bring this to another legal level. I am asking that the $1600 that was deposited into your office last week. Be applied to my account immediately.

[Quoted text hidden]

---

🖼 **image001.jpg**
2 KB

---

**Brenda Rivera** <brenlis101216@gmail.com>                                        Fri, Mar 7, 2025 at 1:07 PM
To: Jomo Mclean <Jmclean@bronxprogroup.com>

Mr. Jomo ,

I am kindly asking for status update on the 2 money. Orders that would drop off last week to your office. And I want to know why haven't they been applied to my account. I will provide the copy that was signed and stamped by your reception is at Bronx pro. Realty. I would appreciate no further delays with the posting of my payments to my rent.

[Quoted text hidden]

---

**Jomo Mclean** <Jmclean@bronxprogroup.com>                                        Fri, Mar 7, 2025 at 1:09 PM
To: Brenda Rivera <brenlis101216@gmail.com>

Greetings. I have forwarded your email and your concerns to rent@bronxprogroup.com. Kindly follow-up thereby. They are very responsive, therefore kindly email that department now.

[Quoted text hidden]

---

**Brenda Rivera** <brenlis101216@gmail.com>                                        Fri, May 30, 2025 at 7:00 AM
To: bodibalm24@gmail.com

[Quoted text hidden]

---

🖼 **image001.jpg**
2 KB

---

**Brenda Rivera** <brenlis101216@gmail.com>                                        Fri, May 30, 2025 at 7:18 AM
To: bodibalm24@gmail.com

[Quoted text hidden]

---

🖼 **image001.jpg**
2 KB

NOTICE OF WHISTLEBLOWER STATUS AND DEMAND TO CEASE AND DESIST
RETALIATORY ACTIONS

To Whom It May Concern:

Please be advised that I am a federal whistleblower under the False Claims Act (31 U.S.C. §§
3729–3733), having submitted or prepared to submit a complaint and disclosure of fraud, waste,
abuse, and/or other violations of law involving federal and/or state funds, programs, or
contracts.

Pursuant to 31 U.S.C. § 3730(h), any form of interference, retaliation, intimidation, harassment,
threats, coercion, discrimination, or adverse action taken against a whistleblower in the terms
and conditions of employment or other legal rights, as a result of lawful acts done in furtherance
of an action under the False Claims Act, is strictly prohibited and subject to legal remedies
including, but not limited to, compensatory damages, reinstatement, double back pay, and
attorneys' fees.

You are hereby on notice:

Any attempt to retaliate, obstruct, intimidate, surveil, harass, discredit, or otherwise impede my
rights and protections under federal law will be met with immediate legal action.

Any effort to seize, alter, or destroy evidence, documents, communications, or personal property
associated with my whistleblower disclosures is considered unlawful and will be reported to the
appropriate authorities, including the U.S. Department of Justice and Office of Inspector
General.

I reserve all rights under federal whistleblower protection statutes, including protections against
retaliation under the False Claims Act, the Whistleblower Protection Act, and related laws.

This is a formal demand to cease and desist any retaliatory conduct, direct or indirect, whether
actual or threatened.

This letter is not a comprehensive statement of my legal rights or remedies, all of which are
expressly reserved.

Sincerely,
Brendalis Roldan
Federal Whistleblower
Date: April 15, 2025

 Gmail

**Brendalis <bodibalm24@gmail.com>**

## Acknowledgement
4 messages

**Jennifer Anné** <janne@bronxprogroup.com>
To: Brendalis <bodibalm24@gmail.com>

Thu, May 8, 2025 at 1:33 PM

Good afternoon Ms. Roldan:

I am acknowledging all communications received from you.

In my email of 4/21/25 I acknowledged your status as per your email, however, in order for the False Claims Act to be in effect, there must be a formal complaint filed.

Until there is an allegation, we cannot proceed, nor do we have a duty to preserve any evidence, files or film.

If you would like to proceed a claim needs to be established and communicated to us.

Best,

*Jennifer*

 BRONXPRO
G R O U P

Jennifer Anne

Director Risk Compliance

1605 Dr. Martin Luther King Jr. Blvd.

Bronx, New York 10453

Tel: 718-294-5840 ext. 307

Fax: 718-294-2768

www.bronxprogroup.com

*Please consider the environment before printing this e-mail*

**From:** Brendalis <bodibalm24@gmail.com>
**Sent:** Wednesday, May 7, 2025 9:31 PM
**To:** Jennifer Anné <janne@bronxprogroup.com>
**Subject:** Re: Email to Jomo

You don't often get email from bodibalm24@gmail.com. Learn why this is important

**Subject:** URGENT: Demand for Acknowledgment and Compliance with Legal Obligations

Dear Bronx Pro,

This is a follow-up to your prior emails, including your correspondence dated April 21, 2025, in which I disclosed that I am a federal whistleblower proceeding under the False Claims Act. I have formally served a Notice to Preserve, yet to date, you have not provided any written acknowledgment of my designation nor complied with the legal obligation to produce documentation of any referenced court orders.

To be clear:

- I am acting as a pro se litigant and a whistleblower under the False Claims Act.
- You have a duty to preserve relevant evidence and to confirm receipt of the Notice to Preserve.
- Your continued failure to acknowledge my protected status or comply with standard legal documentation protocols is being documented as evidence of potential retaliation and obstruction.

Unless I receive written confirmation of acknowledgement and compliance within **24 hours** of this notice, I will be compelled to escalate this matter and seek judicial intervention to compel clarity and compliance.

Respectfully,
**Brendalis Roldan**
Pro Se Litigant
Federal Whistleblower – False Claims Act Relator
U.S. District Court – **Rule 27 Filing 25-CV-3169**
New York City, NY

On Tue, Apr 22, 2025 at 1:09 AM Brendalis <bodibalm24@gmail.com> wrote:

Good to hear from you,

Here is the following list of Preservation Request under Rule 27 for Anticipated False Claims Act Action

Pursuant to Federal Rule of Civil Procedure 27, the petitioner respectfully requests the preservation of records, communications, and other potential evidence relevant to a forthcoming action under the False Claims Act and applicable whistleblower statutes.

Specifically, the petitioner seeks the preservation of the following materials related to the premises located at 1605 University Avenue: Bewteen 2018-2024

1. Tenant records, building logs, audio/video surveillance, and internal communications involving or referencing:

Barbara Rivera and her husband (residents of Apartment 5A**

Tenants of Apartments 1 2B, 2D, 3A, 3B,3C, 4C, 4D.

Tenants on the 6th and 7th floors

Building staff Jomo Mclean and contractors, including but not limited to individuals identified as Mario, Mark, Mike, maintenance workerJihn Doe

IT department staff

Unknown individuals referred to as John Doe

2. Meeting logs, emails, texts, call records, and any form of communication or internal notes concerning building operations, tenant interactions, maintenance requests, complaint responses, or any incident reports involving the above-listed individuals or units.

These materials are reasonably expected to contain information relevant to alleged misconduct, including but not limited to fraudulent conduct, retaliation, misuse of government funds, and other violations subject to investigation under the False Claims Act.

Immediate preservation is necessary to prevent the loss, destruction, or alteration of evidence that may be crucial in future proceeding .

Notice of Rights

This motion is submitted in good faith. I am not attempting to prosecute a False Claims Act case, but I am within my legal rights to prepare such a case for DOJ oversight. I use the term whistleblower because that is the common language understood by the public and courts alike. The legal term is relator, but whistleblowing is the accurate description of the conduct and motive.

Respectfully submitted,

[Brenda Roldan]

Pro Se Litigant

April 21,2025

On Mon, Apr 21, 2025, 2:47 PM Jennifer Anné <janne@bronxprogroup.com> wrote:

Good afternoon Brendalis:

I wanted to reach out to you and acknowledge your email including:

- Request for film

- Whistleblower and False Claims Act

Regarding film, we will review cameras and secure film if it is available.

I also wanted to reach out to you via telephone, however, I was informed that you have requested all communications be carried out via email.

I hope everything is okay with you and your family. If I can be of any assistance, please let me know.

Best,

*Jennifer*



Jennifer Anne

Director Risk Compliance

1605 Dr. Martin Luther King Jr. Blvd.

Bronx, New York 10453

Tel: 718-294-5840 ext. 307

Fax: 718-294-2768

www.bronxprogroup.com

*Please consider the environment before printing this e-mail*

---

**Brendalis** <bodibalm24@gmail.com>                                    Thu, May 8, 2025 at 1:41 PM
To: Moonshine & Blue's <moonshinenblues@gmail.com>

Let me know what you think
[Quoted text hidden]

---

 image001.png
14K

---

**Brendalis** <bodibalm24@gmail.com>
To: Jennifer Anné <janne@bronxprogroup.com>

Thu, May 8, 2025 at 3:04 PM

Subject: Clarification Regarding Whistleblower Protections and Duty to Preserve Evidence

Good afternoon,

Thank you for your acknowledgment.

I would like to clarify a key point regarding whistleblower protections and the duty to preserve evidence under the False Claims Act and related federal whistleblower statutes.

The duty to preserve evidence is triggered not solely by a formal complaint filing, but also when a party has notice that litigation is reasonably anticipated. My previous communications, including specific references to fraud, misconduct, and legal claims under the False Claims Act, constitute such notice.

Moreover, whistleblower status and protection are not contingent upon your acknowledgment or the formal filing of a complaint—they arise under law once protected disclosures are made that reasonably relate to fraud, waste, abuse, or violations of law involving government funds or programs. Retaliation, destruction of evidence, or obstruction once notice has been given may themselves constitute further violations.

I strongly urge your office to preserve any relevant documentation, footage, or records potentially related to the concerns I have raised. Please consider this notice to trigger your legal obligation to avoid spoliation of evidence.

If you have any questions regarding these obligations, I encourage you to consult with your legal department.

Brendalis Roldan

[Quoted text hidden]

---

 image001.png
14K

---

**Brendalis** <bodibalm24@gmail.com>
To: Jennifer Anné <janne@bronxprogroup.com>

Thu, May 8, 2025 at 3:47 PM

---

**Subject: Clarification Regarding Standing Under the Federal False Claims Act and Rule 27 Filing**

Dear Jennifer,

I wanted to clarify an important point regarding the Federal False Claims Act (FCA) and our standing in the ongoing matter.

Contrary to the belief that FCA protections and procedures only apply after a formal qui tam complaint is filed under 31 U.S.C. § 3730(b), the Federal Rules of Civil Procedure explicitly allow for pre-suit discovery under **Rule 27** when a party seeks to **perpetuate testimony or preserve evidence** before bringing an FCA case. Our **Rule 27 Petition has been accepted and sealed by the U.S. District Court**, and it constitutes a **live federal matter** under the Court's jurisdiction.

**Case Number:** 25-CV-3169
**Court:** US Southern District court- Rule 27 filing

Under **Rule 27(a):**

> "A person who wants to perpetuate testimony about any matter cognizable in a United States court may file a verified petition in the district court… The petition must ask for an order authorizing the petitioner to depose named persons in order to perpetuate their testimony."

This Rule is specifically designed to safeguard evidence and protect the integrity of a forthcoming action — in this case, a qui tam action under the False Claims Act involving allegations of misuse of public funds, program fraud, and other misconduct.

By filing under Rule 27, the federal court has implicitly recognized the **plausibility and seriousness of the contemplated FCA claim,** and we are afforded procedural protections under the law. This includes whistleblower protections and mechanisms for securing evidence before filing the full FCA complaint.

I hope this clears up any confusion. Please confirm receipt of this message and let me know if you require any documentation for your records.

Respectfully,
Brendalis Roldan
Pro Se Litigant
Federal Whistleblower – False Claims Act Relator
U.S. District Court – Rule 27 Filing 25-CV-3169
New York City, NY

[Quoted text hidden]

 **Gmail**

**Brendalis <bodibalm24@gmail.com>**

---

## Subject: Formal Complaint: Unlawful Disconnection of Key Fob and Ongoing Safety Violations

1 message

---

**Brendalis <bodibalm24@gmail.com>**                                              Fri, May 30, 2025 at 9:50 PM
To: Jennifer Anné <janne@bronxprogroup.com>

---

Dear Management,

I am writing to file a serious and formal complaint regarding the most recent incident involving my building key fob, as well as an ongoing pattern of conduct by management that is actively compromising the safety and privacy of both myself and my son.

**Incident :**
Today, at approximately 1:50 PM, I was exiting the building and, upon realizing I forgot something upstairs, attempted to re-enter. My key fob would not grant me access. I then proceeded to the management office to report the issue and was told by the front desk representative that "the system may be down." I explained that, while I was outside, at least four other residents were able to enter using their key fobs with no issue—clearly indicating that the system itself was functioning.

When I asked for clarification and requested the IT department be contacted to verify any system issues, the front desk insisted on knowing my apartment number "to check if the system was down." I pointed out that this was illogical, as verifying a building-wide outage does not require a specific apartment number. She was already assisting other tenants on her computer prior to my arrival, which further suggested there was no system-wide malfunction.

After an extended discussion, she consulted with another staff member, after which both returned and immediately reactivated my fob. It was obvious that my access had been deliberately and manually disabled. This is extremely concerning, as it demonstrates management's ability—and apparent willingness—to arbitrarily control my access to my home.

**Continued Retaliation:**
To make matters worse, later in the evening, my aide attempted to walk my dog and found my key fob disabled again. This is the second disabling within the same day, despite having just been reactivated by staff. If I had not promptly reported this issue, I would have had no access to my home for the entire weekend.

**Pattern of Safety, Privacy Violations, and Retaliation:**
I want to emphasize that this is not an isolated incident. Although I have chosen not to formally pursue every prior privacy violation, this latest episode goes beyond mere inconvenience—it is a direct and escalating threat to my safety and that of my son. As a woman with a disability, I have already been denied other lawful accommodations and services for years.

**Most importantly, I feel compelled to state that I believe these actions are a spiteful form of retaliation against me for the complaints I have filed with HPD and HUD and other agencies. The timing and pattern of these incidents are not coincidental, but rather appear to be direct responses to my efforts to assert my rights and seek intervention from housing and civil rights authorities.**

These retaliatory tactics, targeting, and safety threats are now clearly documented.

I am formally demanding:

1. **A written explanation for the disconnection of my key fob, including who authorized it and for what reason.**

2. **Immediate assurance in writing that my access will not be tampered with again, except in a true emergency or with written notice.**

3. **A full investigation and corrective action to prevent this from happening to any resident, particularly those with disabilities or special safety concerns.**

**4. Confirmation that my concerns are being logged and escalated to senior management and/or ownership.**

Failure to address these ongoing issues will force me to take further action, including reporting these violations to the appropriate city and state agencies, as well as to disability and civil rights authorities.

I expect a prompt and written response to this complaint. As well as activation to my key fobs. Please be advised that I am preserving all rights and remedies available under law, and that this incident, along with previous instances, will be documented for future legal and regulatory reference.

Warm Regards
**Brendalis Roldan**
Pro Se Litigant
Federal Whistleblower – False Claims Act Relator
U.S. District Court – **Rule 27 Filing 25-CV-3169**
New York City, NY

**4. Confirmation that my concerns are being logged and escalated to senior management and/or ownership.**

Failure to address these ongoing issues will force me to take further action, including reporting these violations to the appropriate city and state agencies, as well as to disability and civil rights authorities.

I expect a prompt and written response to this complaint. As well as activation to my key fobs. Please be advised that I am preserving all rights and remedies available under law, and that this incident, along with previous instances, will be documented for future legal and regulatory reference.

Warm Regards
**Brendalis Roldan**
Pro Se Litigant
Federal Whistleblower – False Claims Act Relator
U.S. District Court – **Rule 27 Filing 25-CV-3169**
New York City, NY

---

Jennifer Anné <janne@bronxprogroup.com>                                          Fri, May 30, 2025 at 10:14 PM
To: Brendalis <bodibalm24@gmail.com>

Good evening:

I am in receipt of this correspondence and will return a response when normal business hours resume.

If you experience an emergency until then please contact your super.

Sincerely

Jennifer

Get Outlook for iOS

---

**From:** Brendalis <bodibalm24@gmail.com>
**Sent:** Friday, May 30, 2025 9:50:01 PM
**To:** Jennifer Anné <janne@bronxprogroup.com>
**Subject:** Subject: Formal Complaint: Unlawful Disconnection of Key Fob and Ongoing Safety Violations

[Quoted text hidden]

---

**Brendalis** <bodibalm24@gmail.com>                                          Sun, Jun 1, 2025 at 1:41 PM
To: Moonshine & Blue's <moonshinenblues@gmail.com>

[Quoted text hidden]

---

Jennifer Anné <janne@bronxprogroup.com>                                          Tue, Jun 3, 2025 at 1:58 PM
To: Brendalis <bodibalm24@gmail.com>

Good afternoon Ms. Roldan:

Thank you for contacting us.

Regarding your key fob. Our key fob system has been experiencing disruptions in the past few weeks, portfolio wide. After investigating reports from the key fob system (which by the way is isolated from all other systems) your fob was impacted

and interrupted. As our staff explained to you when you presented in the office, in no way did we disable your fob and we have been experiencing fob interruptions in this building and others.

From our reports, the only interruption occurred at the time you came into the office. We do not see from the usage reports of your fob that there was an interruption later in the day. Perhaps you could provide the times that your aide was unable to gain access.

Additionally, I can tell you that our staff has not, does not and will not disconnect key fobs randomly without reason or instruction from residents, in writing.

Your complaint is documented and has the attention required for all complaints to best serve our residents.

Best,

*Jennifer*

 **BRONXPRO**
G R O U P

Jennifer Anne

Director Risk Compliance

1605 Dr. Martin Luther King Jr. Blvd.

Bronx, New York 10453

Tel: 718-294-5840 ext. 307

Fax: 718-294-2768

www.bronxprogroup.com

*Please consider the environment before printing this e-mail*

**From:** Brendalis <bodibalm24@gmail.com>
**Sent:** Friday, May 30, 2025 9:50 PM
**To:** Jennifer Anné <janne@bronxprogroup.com>
**Subject:** Subject: Formal Complaint: Unlawful Disconnection of Key Fob and Ongoing Safety Violations

Dear Management,

[Quoted text hidden]

---

**Brendalis** <bodibalm24@gmail.com>                    Tue, Jun 3, 2025 at 3:55 PM
To: Moonshine & Blue's <moonshinenblues@gmail.com>

i call bull shit.

---------- Forwarded message ---------
From: **Jennifer Anné** <janne@bronxprogroup.com>
[Quoted text hidden]
[Quoted text hidden]

---

**Moonshine & Blue's** <moonshinenblues@gmail.com>             Tue, Jun 3, 2025 at 7:15 PM
To: Brendalis <bodibalm24@gmail.com>

You are probably right, but sit on this.Egg for a little bit longer.Wait for it to be ready , let me crap my
[Quoted text hidden]

---

**Brendalis** <bodibalm24@gmail.com>                    Wed, Jun 4, 2025 at 7:36 AM
To: Jennifer Anné <janne@bronxprogroup.com>

Dear Management,

I am writing to formally dispute your characterization of the key fob access issue as "isolated." I must make clear that this is not an isolated event but rather part of a **longstanding and deeply concerning pattern**.

In the course of living at **1605 University Avenue, Apt. 3D, for over 23 years**, I have been **systematically targeted** by members of management and staff, including the head of your office. These actions have created an ongoing atmosphere of intimidation, retaliation, and danger for both myself and my sons.

At present, my key fob **#25984 remains deactivated** without justification. This interferes with my ability to safely enter and exit my residence and places us both at **serious risk**. I am formally demanding that my key fob be **immediately reactivated** and that you ensure it remains **continuously active**, without interruption or tampering.

Please be advised: any further interference will be considered **intentional retaliation** and a **willful endangerment of my family's safety**, in violation of housing, ADA, and civil rights protections. I reserve the right to escalate this matter to HPD, HUD, and other appropriate agencies.

I expect a prompt resolution.

Best

Brendalis Roldan

[Quoted text hidden]

 **Gmail**

**Brendalis <bodibalm24@gmail.com>**

---

## We've received your submission
1 message

---

**The NYS Division of Human Rights** <no-reply@mail.forms.ny.gov>          Sun, Mar 9, 2025 at 11:37 PM
Reply-To: "info@dhr.ny.gov" <info@dhr.ny.gov>
To: bodibalm24@gmail.com

Dear Brendalis,

Your submission has been received by the NYS Division of Human Rights. You will receive further communication from DHR, via mail or email, detailing next steps.  Please collect any documents, emails, records, or evidence relevant to your complaint and be ready to provide them to our investigators.  Do not send any evidence until your matter has been assigned to an investigator.

If you have further questions about the complaint process, please feel free to email us: info@dhr.ny.gov

Thank you,

The NYS Division of Human Rights

dhr.ny.gov
888-392-3644

---

📄 **New York State Division of Human Rights Complaint Form_03092025_1741574960_**
**67ce5330b747b7.15649060.pdf**
37K

# New York State Division of Human Rights Complaint Form

## Individual filing the complaint

**Please provide the information requested below.**

**First Name**

Brendalis

**Middle Intial**

**Last Name**

Roldan

**Street Address**

1605 University Avenue

**City**

Bronx

**State**

NY

**Zip**

10453

**Are you completing this form for someone else?**

No

## Your complaint

**Jurisdiction**

Housing

## Housing

**Who discriminated against you?**

Owner/Landlord

**What is the address of the property?**

**Street Address**

1605 University Avenue, 3D

**City**

BRonx

**State**

NY

**Zip**

10453

**Who owns the property?**

**First Name**

Brendalis

**Last Name**

Roldan

**Company Name**

Bronx Pro

**Street Address**

1605 University Avenue

**City**

Bronx

**State**

NY

**Zip**

10453

**Email address**

**Who manages the property?**

**First Name**

**Last Name**

**Company Name**

Bronx Pro Realty

**Street Address**

**City**

**State**

**Zip**

**Email address**

**What kind of property was involved?**

Building with 5 or more apartments

**Does the owner live on the property?**

No

**Does this owner own more than one property?**

Yes

**Was this property being sold or being rented?**

Being rented

**Are you currently living there?**

Yes

**What did the person/company you are complaining against do? Check all that apply.**

Denied my request for a reasonable accommodation or modification for my disability (includes refusal to permit a service or companion animal)