

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**KENNETH A. NOVIKOFF**
**PARTNER**
Ken.novikoff@rivkin.com
(516) 357- 3110

August 12, 2025

> Application GRANTED. Notwithstanding Plaintiff's objection (*see* ECF No. 15), the Court finds Defendants' request to be reasonable and will grant the extension. The Court also will grant Plaintiff additional time to respond to Defendants' anticipated motion. Defendants shall file their anticipated motion to dismiss no later than August 29, 2025. Plaintiff shall file her opposition no later than September 26, 2025 and Defendants shall file any reply no later than October 10, 2025.
> SO ORDERED.
> Dated: August 13, 2025

**VIA ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Re: *Roldan v. Bronx Pro Realty et. al.,* No. 1:25-cv-05943 (DEH) (SDA)

Your Honor:

This Firm represents Defendants Bronx Pro Realty (correctly referred to as Bronx Pro Group LLC) and Unimac Developers LLC (correctly referred to as Unimac Developer LP) (hereinafter "Defendants"). This letter is filed in response to ECF No. 13 in which the Court denied Defendants' request for a pre-motion conference (ECF No. 9) and further ordered Defendants to file their expected motion to dismiss by the current deadline of August 15, 2025 or "seek an extension to do so." Accordingly, Defendants seek a brief two-week extension, from August 15, 2025 to August 29, 2025, to file their Rule 12(b)(6) motion, seeking dismissal of the complaint filed by Plaintiff Brendalis Roldan (hereinafter "Plaintiff").

This is Defendants' second request for an extension; Defendants' first request was granted. (*See* ECF Nos. 6, 8.)

Immediately after Your Honor's Order yesterday, Defendants sought, via e-mail, Plaintiff's consent for their requested extension. Plaintiff has not responded.

In the desire to perhaps avoid the need for Defendants to have to spend unnecessary legal fees dealing with moving to dismiss the Complaint as presently constituted, I have not commenced work on preparing Defendants' Rule 12(b)(6) motion. Additionally, it was also my plan to take vacation next week. Accordingly, the brief extension sought will enable me to properly prepare and file the necessary motion, addressing therein all of the reasons why Plaintiff's Complaint should be dismissed.

Defendants respectfully assert that the two-week extension will not cause any prejudice to Plaintiff, as the case is still in its nascent stages so no other deadlines will be affected.

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777



August 12, 2025
Page 2

       Thus, for the foregoing reasons, Defendants respectfully request a two-week extension from August 15, 2025 to August 29, 2025 to file their anticipated motion to dismiss.

                Respectfully Submitted,

                RIVKIN RADLER LLP

                *Kenneth A. Novikoff*

                Kenneth A. Novikoff

4922-4259-3885, v. 1