**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Brendalis Roldan,** | |
| **Plaintiff,** | |
| **-against-** | **1:25-cv-05943 (DEH) (SDA)** |
| **Bronx Pro Realty, et al.,** | **ORDER** |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge**:

The Court is in receipt of the attached letter from Plaintiff, which was filed in another of Plaintiff's cases before this Court.[1] (*See* 25-CV-04594 ECF No. 91.) Plaintiff indicates that she will not appear for tomorrow's conference because she requires accommodations under the Americans with Disabilities Act. (*See id.* at 1.) Plaintiff does not indicate what accommodations she requires and, although she asserts that she has requested accommodations "repeatedly since March 2025" (*see id.* at 2), this action was filed on or about June 23, 2025 and removed from state court on July 21, 2025 (*see* Notice of Removal, ECF No. 1), and Plaintiff has never raised the issues of accommodations with the undersigned.

In case number 25-CV-04594, Magistrate Judge Tarnofsky advised Plaintiff that, if she required any accommodation to participate in a Court proceeding or other Court activity because of a disability, she may contact the Court at Accomodation@nysd.uscourts.gov. (*See* 8/11/25 Order, 25-CV-04594 ECF No. 43, at 2.) The Court understands that, as of November 17, 2025, Plaintiff has been in communication with a Court representative regarding requested

---

[1] Notably, the letter does not name the defendant in this case and does not include this case number.

accommodations. However, Plaintiff has not yet provided required information regarding, among other things, the nature of her disability. Accordingly, it is hereby Ordered as follows:

1. The telephone conference scheduled for tomorrow, December 2, 2025, at 2:00 p.m. is adjourned *sine die*. The Court will decide the pending motions on the written submissions of the parties.

2. No later than December 15, 2025, Plaintiff shall file a letter regarding the status of her request for accommodations.

**SO ORDERED.**

Dated:     New York, New York
           December 1, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2

# **LETTER NOTICE OF NON-APPEARANCE FOR ADA REASONS

AND DEMAND FOR IMMEDIATE ADA COMPLIANCE**

**Brendalis Roldan**
Pro Se Plaintiff
1605 University Avenue
Bronx NY 10453
Bodibalm24@gmail.com

718-717-6799

November 25, 2025

**Via ECF and Email**
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Roldan v. [Defendants]* – Notice Regarding December 2, 2025 Conference and ADA Compliance

---

Dear Judge Aaron:

I am writing to formally notify the Court that I **cannot appear** at the telephone conference scheduled for **December 2, 2025 at 2:00 p.m.** because the Court has not yet complied with **mandatory federal ADA obligations** required to ensure that I can meaningfully participate in these proceedings.

I am fully aware of my rights under federal disability law, including but not limited to:

- **ADA Title II – 42 U.S.C. § 12132**
- **28 C.F.R. § 35.130(b)(7)** (reasonable modifications)
- **28 C.F.R. § 35.160(a)–(b)** (effective communication)
- **Section 504 of the Rehabilitation Act**
- **Lane v. Tennessee, 541 U.S. 509 (2004)**
- **Sears v. EEOC** (invasive medical documentation cannot be required)

- Relevant Second Circuit authority regarding court obligations toward disabled litigants.

These laws require courts to provide remote access, communication support (including CART/AI tools), timing accommodations, written communication alternatives, and formal ADA coordination. I have requested these accommodations repeatedly since **March 2025**, and the Court has not issued the required **written ADA determination** or implemented any of the accommodations that federal law mandates.

Appearing without these accommodations would violate my rights under the ADA and the Constitution by denying me **meaningful access** and placing me at a substantial disadvantage in these proceedings.

For this reason, I must place the Court on clear notice that:

**I will not be appearing on December 2, 2025 until my ADA accommodations are formally granted, implemented, and coordinated through an assigned ADA Coordinator.**

Proceeding without accommodations would constitute:

- A denial of access to the Court;
- A violation of ADA Title II and DOJ regulations;
- A deprivation of due process under the Fifth and Fourteenth Amendments;
- Grounds for enforcement actions under 42 U.S.C. § 1983;
- Further evidence of retaliation and obstruction connected to my federal filings.

If necessary, I am prepared to file:

- A motion to stay for ADA noncompliance;
- A motion for sanctions;
- A complaint with the DOJ Civil Rights Division;
- A judicial misconduct complaint under 28 U.S.C. §§ 351–364;
- Additional filings documenting ADA discrimination and interference with my rights.

I am not refusing to participate in this case or any other U.S Court.
I am exercising my **federal right** to require that the Court comply with ADA law before compelling my appearance.

To move forward lawfully, I respectfully request:

1. Assignment of a **federal ADA Coordinator** to this case;
2. A written ADA accommodation determination;
3. Implementation of the accommodations I have repeatedly requested;
4. Written confirmation that no conference will proceed until ADA compliance is complete.

Until these requirements are met, the December 2 conference is effectively **stayed by operation of federal ADA law**, as a disabled litigant cannot be compelled to participate in proceedings from which she is effectively excluded.

Thank you for your prompt attention to this serious matter.

Respectfully,
**Brendalis Roldan**
Pro Se Plaintiff