UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendalis Roldan,

                    Plaintiff,

          v.                                    25-CV-5943 (DEH)

Bronx Pro Realty, et al.,                       ORDER

                    Defendants.

DALE E. HO, United States District Judge:

        The Court is in receipt of Plaintiff's motion for a temporary restraining order, ECF No.

80.  By May 27, 2026, Defendants are **DIRECTED** to respond in a single letter brief in response

not to exceed six (6) pages.

SO ORDERED.

Dated:  May 22, 2026
        New York, New York

                                                _____
                                                    DALE E. HO
                                                United States District Judge