UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendalis Roldan,

                        Plaintiff,

            v.

Bronx Pro Realty, et al.,

                        Defendants.

25-CV-5943 (DEH) (SDA)

ORDER

DALE E. HO, United States District Judge:

Plaintiff has requested this Court issue a temporary restraining order enjoining Defendants from "taking any step toward [her] eviction, including the ongoing Bronx Housing Court matter." ECF No. 80 at 1.  That request is barred by the Anti-Injunction Act, 28 U.S.C. § 2283.  *See Reeves v. CMP Consultants, Inc.*, 2023 WL 2163327, at *4 (S.D.N.Y. 2023).

The Anti-Injunction Act imposes "an absolute ban on enjoining any state court proceeding, unless the facts of the case bring the matter within one of the three narrowly construed exceptions," none of which appear to apply here.[1]  *Sinisgallo v. Town of Islip Hous. Auth.*, 865 F. Supp. 2d 307, 317 (E.D.N.Y. May 23, 2012) (citing *Vendo Co. v. Lektro-Vend Corp.*, 433 U.S. 623, 630 (1977)).  Courts in this Circuit have long held that the Anti-Injunction Act applies to state court eviction proceedings.  *See Watkins v. Ceasar*, 88 F. App'x 458, 459 (2d Cir. 2004) (summary order) (affirming federal district court's denial of a motion to enjoin summary eviction proceedings in the Civil Court of the City of New York because of the Anti-Injunction Act and, alternatively, because the plaintiff had not shown a likelihood of success on the merits); *Allen v. N.Y.C. Hous. Auth.*,

---

[1] A federal court may only grant an injunction to stay proceedings in state court if (1) it is expressly authorized by Act of Congress, (2) where necessary in aid of its jurisdiction, or (3) to protect or effectuate its judgments.  *See Warkins v. Ceasar*, 88 Fed. Appx. 458, 459 (2d Cir. 2004).

No.10 Civ.- 0168, 2010 WL 1644956, at *3 (S.D.N.Y. Apr. 20, 2010) ("Courts in this Circuit have repeatedly held that the Anti-Injunction Act bars a federal court from enjoining state-court eviction proceedings.") (collecting cases).

Accordingly, the Court cannot grant the relief Plaintiff seeks here.  Plaintiff's request for a temporary restraining order is **DENIED** without prejudice to Plaintiff seeking relief from eviction in the Bronx County Housing Court proceedings.

The Clerk of Court is respectfully directed to close ECF No. 80.

SO ORDERED.

Dated: May 28, 2026
      New York, New York

DALE E. HO
United States District Judge

2