**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Brendalis Roldan,**<br>**Plaintiff,**<br>**-against-**<br>**Bronx Pro Realty, et al.,**<br>**Defendants.** | **1:25-cv-05943 (DEH) (SDA)**<br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge**:

The Court is in receipt of Plaintiff's filings regarding Defendants' October 14, 2026 Letter Motion and Plaintiff's motions for reconsideration of the Court's October 15, 2026 Order, as well as an Affirmation of Service regarding the Amended Complaint. (*See* ECF Nos. 96-102.) It is hereby ORDERED that Plaintiff's motions for reconsideration (ECF Nos. 98, 100, 101) are DENIED.

Plaintiff purports to have served the newly named defendants with the Amended Complaint. (*See* Aff. Service, ECF No. 96.) However, Plaintiff did not request issuance of summonses and did not serve summonses. (*See id.*) Thus, the newly named defendants were not served in accordance with Federal Rule of Civil Procedure 4. *See* Fed. R. Civ. P. 4(c)(1) ("A summons must be served with a copy of the complaint."); *see also Radin v. Tun*, 12-CV-01393 (ARR) (VMS), 2015 WL 4645255, at *18 n.27 (E.D.N.Y. Aug. 4, 2015) (service of amended complaint without summons did not satisfy Rule 4). Accordingly, the Court's October 15, 2026 Order remains in full force and effect. As set forth therein, Plaintiff shall request issuance of summonses and serve the newly named defendants no later than November 16, 2026.

Once the newly named Defendants have been served, the Court promptly shall set a corresponding deadline for the current defendants to respond to the Amended Complaint.

**SO ORDERED.**

Dated: New York, New York
October 19, 2026

Stewart D. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge