**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Brendalis Roldan,**

**Plaintiff,**

**-against-**

**Bronx Pro Realty, et al.,**

**Defendants.**

**1:25-cv-05943 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge**:

The Court is in receipt of the November 1, 2026 Affidavit of Service, filed on the docket today indicating that Plaintiff served Defendants Jennifer Anne and Michael Thompson on October 30, 2026 such that the deadline for those Defendants to respond to the Amended Complaint is November 20, 2026. (*See* Aff. Service, ECF No. 111.) Accordingly, it is hereby ORDERED that Defendants Bronx Pro Realty and Unimac Developers LLC, for which the Court previously adjourned the deadline to respond to the Amended Complaint *sine die* (*see* 10/15/26 Order, ECF No. 94) shall respond by the same date.

**SO ORDERED.**

Dated: New York, New York
November 9, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge